## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIRCLE TRUCKING, INC., )
)
Plaintiff, )
)
v. )
)
TRAVELERS CASUALTY AND )
SURETY COMPANY OF AMERICA, )
)
Defendant. )
_____ )

05 CV 1099 1 NG

CIVIL ACTION NO.

RECEIPT # _____
AMOUNT $_____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK._____
DATE_____

## COMPLAINT

## INTRODUCTION

MAGISTRATE JUDGE_____

By this action, Circle Trucking, Inc. ("Circle"), a supplier of rental equipment,

seeks to recover damages from Travelers Casualty and Surety Company of America

("Travelers"), a surety, arising out of Circle's supply of rental equipment, vehicles, tools

or other appliances used or employed in a construction project for the Massachusetts

Housing Finance Agency ("MHFA") involving the redevelopment of low income

housing in Roxbury, Massachusetts known as Academy Homes II, located at 1900-1964

Washington Street, Boston, Massachusetts (the "Project"). In conjunction with the

Project, Travelers issued a bond for the benefit of subcontractors and suppliers, such as

Circle (the "Bond"). The Bond identified ODF Contracting Co., Inc., Hoon Companies,

Inc. and Peabody Construction Company, Inc. (collectively "OHP") as the principal, and

MHFA as the owner. Before the filing of any litigation, OHP reviewed Circle's invoices

and made an independent determination that at least $168,385 was due to Circle. A copy

of that accounting is attached as Exhibit A. Notwithstanding OHP's determination that at

least $168,385 was due to Circle, Travelers refused to make payment. Instead, Travelers has attempted to avoid its obligation under the terms of the Bond by, among other things, representing that the Bond it issued was a Massachusetts statutory bond, requiring, among other things, a lawsuit in state court, and then waiting over a year, and taking a contrary position that the Bond was actually a federal Miller Act bond. As a result of Travelers' conduct, Circle was forced to file an action to collect its contract balances, to incur costs and fees in prosecuting its lawsuit in state court, and to file a second lawsuit in federal court – all to collect money which is undisputedly due to Circle.

## PARTIES

1.     Circle is a Massachusetts corporation with a principal place of business at 320 Charger Street, Revere, Massachusetts

2.     Travelers is on information and belief is a Connecticut corporation with a usual place of business at 300 Crown Colony Drive, Quincy, Massachusetts.

## FACTS

### Background of the Project

3.     The Project was part of a unique program known as the United States Department of Housing and Urban Development ("HUD")/MHFA Demonstration/Disposition Program ("Demo/Dispo Program"). The purpose of the Demo/Dispo Program was to renovate properties upon which HUD had foreclosed and transfer these properties to private residents.

4.     To limit its role, HUD retained MHFA. In accordance with its agreement with HUD, MHFA was responsible for, among other things, selecting, contracting for, supervising, and managing the construction of the Project.

5.     HUD's role in the Project was limited to that of a funding source.

6.     The MHFA employed its own policy and procedure to select and retain contractors for the Project.

7.     The ownership of the property upon which the Project was built is currently held by a group of private residents. A copy of an Affidavit from HUD is attached hereto as Exhibit B.

## MHFA Retains OHP, A Joint Venture To Work On The Project

8.     In or around 2001, the MHFA retained OHP to construct the Project.

9.     In conjunction with the Project, Travelers issued a bond to OHP, as principal, identifying MHFA as the "Owner" and obligee, for the benefit of contractors, subcontractors and equipment and materials suppliers which performed work on the Project. A copy of the Bond is attached hereto as Exhibit C.

10.    The Bond contains no reference to the Miller Act.

11.    Thereafter, OHP retained ODF to perform site work on the Project.

12.    On or about November 2001, Circle entered into a Rental Equipment Agreement ("Rental Agreement") with ODF whereby Circle agreed to provide equipment and services to ODF for the Project and ODF agreed to pay for same.

13.    Pursuant to the Contract, Circle provided equipment and services to ODF for the Project. A copy of the invoices are attached hereto as Exhibit D.

14.    ODF breached the Contract by, among other things, failing to pay Circle for the rental equipment and services it provided which total $210,617.50.

15. By letter dated July 23, 2003, Circle notified OHP and Travelers that it was owed $210,617.50 and requested a copy of the Bond. A copy of this letter is attached as Exhibit E.

16. Despite Circle's request for a copy of the Bond, neither OHP nor Travelers produced a copy of the Bond.

17. On or about August 6, 2003, before Circle filed a lawsuit, it completed and submitted a "claim form" and produced invoices to Travelers. A copy of this claim form is attached as Exhibit F.

18. In addition, Circle submitted to Travelers an Affidavit of ODF's principal, Oliver Dan Fernandez, which confirmed that Circle had provided rental equipment and services to ODF in conjunction with the Project, that ODF had not paid for the rental equipment or services provided and that Circle was owned an outstanding balance. A copy of the Affidavit of Oliver Dan Fernandez is attached hereto as Exhibit G.

19. On or about August 14, 2003, OHP reviewed its records and logs on the Project and confirmed that at least $168,385 was due to Circle. A copy of the accounting is attached as Exhibit A.

20. By letter dated September 11, 2003, Travelers' principal OHP, represented that based upon its reconciliation at least $168,385 was owed to Circle. A copy of the letter is attached as Exhibit H.

21. Notwithstanding Circle's good faith efforts, and OHP's admission that $168,385 was due to Circle, Travelers failed to pay Circle's claim.

## The Massachusetts Superior Court Action

22.     As a result of Travelers' failure to pay Circle's claim, on or about
November 3, 2003, Circle was forced to file a court action in Suffolk Superior Court
captioned *Circle Trucking, Inc. v. ODF Contracting Co., Inc. and Travelers Casualty &
Surety Company of America, Inc.*, Civil Action No. 03-05217 (the "State Action").

23.     Notwithstanding Circle's numerous oral and written requests to OHP,
OHP never produced a copy of the Bond. Based on Circle's good faith investigation, it
concluded that MHFA was the owner of the Project and accordingly that the Bond was
indeed issued pursuant to M.G.L.C. 149, § 29.

24.     In its response to Circle's Complaint, Travelers represented that it issued a
Massachusetts statutory bond. A copy of Travelers' answer is attached as Exhibit I.

25.     Circle relied upon Travelers' representations and the fact the MHFA, a
public instrumentality, was the Owner of the Project, and continued the prosecution of its
claims against Travelers under M.G.L.C. 149, § 29.

26.     At no time did Travelers challenge the jurisdiction of the Massachusetts
Superior Court.

27.     In or around January 2004, Circle received a copy of the Bond from
another subcontractor a review of the Bond confirmed that MHFA was indeed the owner
of the Project.

28.     On or about December 7, 2004, Travelers filed a Cross Motion to Dismiss
based upon, among other things, lack of subject matter jurisdiction of the Massachusetts
Superior Court. Travelers' alleged that the Project was a federal project and that
consequently Circle's claims must be brought in federal court under the Miller Act. This

was the first suggestion that the Project was a "public building or public work of the Federal Government" and thus subject to the Miller Act, 40 U.S.C. §§ 3131 *et seq.*

29. On information and belief, OHP never requested a Miller Act Bond from Travelers.

30. On information and belief, Travelers never issued a Bond subject to the Miller Act.

31. By Memorandum of Decision and Order dated April 7, 2005, (the "Decision") the Suffolk Superior Court (Fahey, J.) determine that the Project was a public work under the Miller Act and dismissed Circle's claims against Travelers under the Bond concluding that exclusive jurisdiction for these claims was in the United States Federal District Court. A copy of the decision is attached as Exhibit J.

32. The Decision stated that the dismissal was expressly "without prejudice" to Circle's claims being refiled in the Federal Court.

33. The Court stated in its decision that it "adopts the conclusion of Lauriat, J. that the defendant [Travelers] waived the statutory one year required filing."

## CIRCLE'S CLAIMS

## COUNT I--BOND CLAIM

34. Circle repeats and realleges paragraphs 1 to 33 as if fully set forth herein.

35. Travelers issued the Bond for the benefit of, among others, equipment suppliers such as Circle, which provided equipment to ODF in conjunction with the Project. A copy of the Bond is attached as Exhibit C.

36. Circle provided rental equipment to the Project.

37. Circle is a claimant under the terms of the Bond.

38.   Circle complied with all conditions precedent to asserting a claim on the

Bond.

39.   City is entitled to $210,617.50 plus its interest, costs and attorney's fees

under the terms of the Bond.

## COUNT II – PROMISSORY ESTOPPEL

40.   Circle repeats and realleges paragraphs 1 to 39 as if fully set forth herein.

41.   Travelers by its conduct set forth *supra* should have expected to induce

action or forbearance of a definite and substantial character on the part of Circle.

42.   Travelers represented to Circle that the Bond was a Massachusetts

statutory bond.

43.   Circle relied upon Travelers' representations and complied with all

conditions precedent to perfect its claim upon the Bond, including incurring cost and

expense in prosecuting its claim in Massachusetts Superior Court.

44.   An injustice can only be avoided by enforcement of Travelers'

representations and allowing Circle to maintain its rights against Travelers under the

Bond.

## COUNT III -- BREACH OF THE COVENANT OF
## GOOD FAITH AND FAIR DEALING

45.   Circle repeats and realleges paragraphs 1 to 44 as if fully set forth herein.

46.   At all times relevant, Travelers had a duty to act in good faith and

diligently perform its obligations under the Bond.

47.   Travelers breached its duty by, *inter alia*,

    (a)   failing to pay Circle the undisputed amount due and owing to it
          under the terms of the Bond;

    (b)     misrepresenting the terms and conditions of the Bond;

    (c)     on information and belief, making representations to Circle to avoid undisputed liability under the terms of the Bond; and

    (d)     attempting to avoid liability by allowing its principal, OHP, to assert positions on its behalf which it knew or it should have known were false and without merit.

48.     As a result of the breach of the covenant of good faith and fair dealing, Circle has incurred, and continues to incur, damages.

WHEREFORE, Circle demands that this Court enter Judgment against the Travelers as follows:

1.     As to Count I for damages in the amount of $210,617.50 plus interest, costs and attorneys' fees;

2.     As to Counts II and III for damages in an amount to e determined at trial, but not less than $210,617.50; and

3.     Grant such other and further relief, as the Court may deem just and appropriate.

## CIRCLE DEMANDS TRIAL BY JURY.

CIRCLE TRUCKING, INC.
By its Attorneys,

Christopher Weld, Jr. (BBO #522230)
Richard E. Briansky, Esq. (BBO# 632709)
Todd & Weld LLP
28 State Street, 31st floor
Boston, Massachusetts 02109
Phone: (617) 720-2626
Fax:   (617) 227-5777

Dated: May 2005

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Circle Trucking, Inc.

## DEFENDANTS
Travelers Casualty and Surety Company of America

**(b)** County of Residence of First Listed Plaintiff  Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)  Richard Briansky
Todd & Weld LLP, 28 State Str., 31st Flr.,
Boston, MA 02109    (617) 720-2626

Attorneys (If Known)  Cetrulo & Capone, LLP
2 Seaport Lane, Boston, MA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ❏ 1 U.S. Government Plaintiff
- ❏ 3 Federal Question (U.S. Government Not a Party)
- ❏ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 610 Agriculture | ❏ 422 Appeal 28 USC 158 | ❏ 400 State Reapportionment |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 362 Personal Injury - Med. Malpractice | ❏ 620 Other Food & Drug | ❏ 423 Withdrawal 28 USC 157 | ❏ 410 Antitrust |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 365 Personal Injury - Product Liability | ❏ 625 Drug Related Seizure of Property 21 USC 881 | | ❏ 430 Banks and Banking |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | ❏ 368 Asbestos Personal Injury Product Liability | ❏ 630 Liquor Laws | **PROPERTY RIGHTS** | ❏ 450 Commerce |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | ❏ 640 R.R. & Truck | ❏ 820 Copyrights | ❏ 460 Deportation |
| ❏ 151 Medicare Act | ❏ 340 Marine | **PERSONAL PROPERTY** | ❏ 650 Airline Regs. | ❏ 830 Patent | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ❏ 345 Marine Product Liability | ❏ 370 Other Fraud | ❏ 660 Occupational Safety/Health | ❏ 840 Trademark | ❏ 480 Consumer Credit |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 371 Truth in Lending | ❏ 690 Other | **SOCIAL SECURITY** | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 380 Other Personal Property Damage | **LABOR** | ❏ 861 HIA (1395ff) | ❏ 810 Selective Service |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 385 Property Damage Product Liability | ❏ 710 Fair Labor Standards Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | | | ❏ 720 Labor/Mgmt. Relations | ❏ 863 DIWC/DIWW (405(g)) | ❏ 875 Customer Challenge 12 USC 3410 |
| ❏ 196 Franchise | | | ❏ 730 Labor/Mgmt.Reporting & Disclosure Act | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| ❏ 210 Land Condemnation | ❏ 441 Voting | ❏ 510 Motions to Vacate Sentence | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❏ 892 Economic Stabilization Act |
| ❏ 220 Foreclosure | ❏ 442 Employment | **Habeas Corpus:** | ❏ 791 Empl. Ret. Inc. Security Act | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 893 Environmental Matters |
| ❏ 230 Rent Lease & Ejectment | ❏ 443 Housing/ Accommodations | ❏ 530 General | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 894 Energy Allocation Act |
| ❏ 240 Torts to Land | ❏ 444 Welfare | ❏ 535 Death Penalty | | | ❏ 895 Freedom of Information Act |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 540 Mandamus & Other | | | ❏ 900Appeal of Fee Determination Under Equal Access to Justice |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | ❏ 550 Civil Rights | | | ❏ 950 Constitutionality of State Statutes |
| | ❏ 440 Other Civil Rights | ❏ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from another district (specify)
- ❏ 6 Multidistrict Litigation
- ❏ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:  Failure to pay for equipment provided in conjunction with a public project.

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 210,617.50 +interests, costs & attorney fees

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ❏ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE  Nathaniel Groton
DOCKET NUMBER  05-10138NG

DATE  5/12/05
SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only)  Circle Trucking, Inc. v. Travelers Casualty and
   Surety COmpany of America

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local
   rule 40.1(a)(1)).

   [X]  I.     160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   [ ]  II.    195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

   [ ]  III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

   [ ]  IV.    220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

   [ ]  V.     150, 152, 153.

   05 cv 10991 NG

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this
   district please indicate the title and number of the first filed case in this court.

   United States of America for the use of Waltham Lime & Cement Co. v. Peabody Construction
                                                                          Co., Imc.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                          YES [ ]        NO [x]        05 CV1C i380

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC
   §2403)

                                                          YES [ ]        NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                          YES [ ]        NO [x]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                          YES [ ]        NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
   Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                          YES [x]        NO [ ]

   A.   If yes, in which division do all of the non-governmental parties reside?

        Eastern Division [x]        Central Division [ ]        Western Division [ ]

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,
        residing in Massachusetts reside?

        Eastern Division [ ]        Central Division [ ]        Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes,
   submit a separate sheet identifying the motions)

                                                          YES [ ]        NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  Richard Briansky

ADDRESS  Todd & Weld LLP, 28 State Str., 31 st floor, Boston, MA 02109

TELEPHONE NO.  (617) 720-2626

(CategoryForm.wpd - 5/2/05)

Academy Homes

## Circle Trucking Inc. Cash Receipts for the Period of Dec. 1, 2002 to July 31, 2003

| Payments Date | Check # | Amount | Date | Academy Homes Line Balance | Balance | | Circle |
|---|---|---|---|---|---|---|---|
| 12/27/2002 | 1080 | $ 20,000.00 | 12/30/2002 | $ 10,000.00 | $ 65,817.50 | B | 62,167.50 |
| 1/16/2003 | 1099/1091 | $ 20,000.00 | 1/17/2003 | $ 10,000.00 | $ 53,517.50 | S | 72,167.50 |
| | | | Invoice # | Date | Amount | | |
| | | | 1165 | 1/8/2003 | $ 10,000.00 | S | 82,167.50 |
| 2/7/2003 | 1115 | $ 20,000.00 | 2/12/2003 | $ 10,000.00 | $ 63,715.50 | S | 72,167.50 |
| | | | Invoice # | Date | Amount | | |
| | | | 1168 | 1/30/2003 | $ 10,000.00 | S | 82,167.50 |
| | | | 1170 | 2/6/2003 | $ 18,000.00 | S | 100,167.50 |
| | | | 1172 | 2/28/2003 | $ 18,000.00 | S | 118,167.50 |
| 3/11/2003 | 1122 | $ 15,000.00 | 3/17/2003 | $ 7,050.00 | $ 74,117.50 | L | 110,667.50 |
| | | | Invoice # | Date | Amount | | |
| | | | 1176 | 3/21/2003 | $ 3,000.00 | S | 113,667.50 |
| | | | 1182 | 4/16/2003 | $ 9,000.00 | S | 118,667.50 |
| | | | 1181 | 4/21/2003 | $ 18,000.00 | S | 137,667.50 |
| 4/30/2003 | 1148 | $ 30,000.00 | 4/30/2003 | $ 22,500.00 | $ 5,617.50 | E | 115,167.50 |
| | | | Invoice # | Date | Amount | | |
| | | | 1187 | 4/30/2003 | $ 2,500.00 | L | 117,667.50 |
| 6/12/2003 | 1185 | $ 15,000.00 | 6/13/2003 | $ 15,000.00 | $ 27,115.50 | W | 102,667.50 |
| | | | Invoice # | Date | Amount | | |
| | | | 2003-19 | 5/29/2003 | $ 21,000.00 | S | 123,667.50 |
| | | | 2004-19 | 5/29/2003 | $ 21,000.00 | S | 144,667.50 |
| | | | 2005-19 | 5/30/2003 | $ 23,100.00 | S | 167,767.50 |
| | | | 1202 | 6/16/2003 | $ 520.00 | S | 168,287.50 |
| | | | 1204 | 6/5/2003 | $ 1,000.00 | S | 169,287.50 |
| | | | 1205 | 6/12/2003 | $ 1,000.00 | S | 170,287.50 |
| | | | 1209 | 6/19/2003 | $ 1,000.00 | S | 171,287.50 |
| | | | 2006-19 | 6/19/2003 | $ 21,000.00 | S | 192,287.50 |
| | | | 2007-19 | 6/19/2003 | $ 23,100.00 | S | 215,387.50 |
| | | | 1207 | 6/26/2003 | $ 1,000.00 | S | 216,387.50 |
| | | | 1208 | 7/9/2003 | $ 250.00 | S | 216,637.50 |
| | | | 1203 | 6/30/2003 | $ 2,500.00 | S | 219,137.50 |
| | | | 1211 | 7/8/2003 | $ 2,500.00 | L | 221,637.50 |
| | | Add on | 1112 | 7/31/2002 | $ 3,750.00 | S | 225,387.50 |
| | | | 1131 | 8/28/2003 | $ 2,800.00 | S | 228,187.50 |
| | | | 1115 | 8/12/2002 | $ 1,400.00 | S | 229,587.50 |
| | | | 1153 | | $ 10,000.00 | S | 239,587.50 |
| | | | 1161 | | $ 10,000.00 | S | 249,587.50 |
| | | | | | | $ | 249,587.50 |
| | | Adjustments: | Void 2 months of charges for E-26 as agreed to with Ralph | | | $ | (20,000.00) |
| | | | Deduct 2-week overlap on # 1176 | | | $ | (3,000.00) |
| | | | Correct amount on # 1182 | | | $ | (3,502.50) |
| | | | Correct rates on 2003, 2004, 2005 to $18/ mos | | | $ | (11,100.00) |
| | | | Adjust 2006 and 2007 to 1-week rental, each | | | $ | (36,100.00) |
| | | | Void # 1211; period ended on 7/3/03 | | | $ | (2,500.00) |
| | | | Total Adjustments: | | | $ | (81,202.50) |
| | | | Corrected balance due on Academy Homes as of August 8, 2003 | | | $ | 168,385.00 |

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA 02151

Invoice Number:
1202

Invoice Date:
Jun 16, 2003

Page:
1

Voice: 781-289-6100
Fax: 781-289-4429

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA 02125

Ship to:
WASHINGTONSTREET
ACADEMY HOMES
BOSTON

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 7/16/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8.00 | 0078 | 06/16/03 TICKET 28232 TRI-AXLE #78 | 65.00 | 520.00 |

Check No:

| | |
|---|---|
| Subtotal | 520.00 |
| Sales Tax | |
| Total Invoice Amount | 520.00 |
| Payment Received | |
| **TOTAL** | 520.00 |



**Invoice**

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1204
Invoice Date:
Jun 5, 2003
Page:
1

Voice:    781-289-6100
Fax:      781-289-4429

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 7/5/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 0033 | 6-5-03 THROUGH 6-11-03<br>6/WHEELER, BARE RENTAL @ $1000<br>PER WEEK | 1,000.00 | 1,000.00 |

| | |
|---|---|
| Subtotal | 1,000.00 |
| Sales Tax | |
| Total Invoice Amount | 1,000.00 |
| Payment Received | |
| **TOTAL** | 1,000.00 |

Check No:

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

**Invoice**

Invoice Number:

1205

Invoice Date:

Jun 12, 2003

Page:

1

Voice:     781-289-6100
Fax:       781-289-4429

Duplicate

Sold To:
  ODF CONTRACTING CO
  P.O. BOX 380
  UPHAMS CORNER
  DORCHESTER, MA   02125

Ship to:
  ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | Courier | | | 7/12/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 0033 | 6-12-03 THROUGH 6-18-03<br>6/WHEELER, BARE RENTAL @ $1000<br>PER WEEK | 1,000.00 | 1,000.00 |

|  |  |
|---|---|
| Subtotal | 1,000.00 |
| Sales Tax | |
| Total Invoice Amount | 1,000.00 |
| Payment Received | |
| **TOTAL** | 1,000.00 |

Check No:

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:

1206

Invoice Date:

Jun 19, 2003

Page:

1

Voice:    781-289-6100
Fax:      781-289-4429

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | Courier | | | | 7/19/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 0033 | 6-19-03 THROUGH 6-25-03 6/WHEELER, BARE RENTAL @ $1000 PER WEEK | 1,000.00 | 1,000.00 |

| | |
|---|---|
| Subtotal | 1,000.00 |
| Sales Tax | |
| Total Invoice Amount | 1,000.00 |
| Payment Received | |
| **TOTAL** | 1,000.00 |

Check No:

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA   02151

Invoice Number:

1207

Invoice Date:

Jun 26, 2003

Page:

1

Voice:    781-289-6100
Fax:      781-289-4429

Sold To:
  ODF CONTRACTING CO
  P.O. BOX 380
  UPHAMS CORNER
  DORCHESTER, MA   02125

Ship to:
  ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 7/26/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 0033 | 6-26-03 THROUGH 7-2-03<br>6/WHEELER, BARE RENTAL @ $1000<br>PER WEEK | 1,000.00 | 1,000.00 |

|  |  |
|---|---|
| Subtotal | 1,000.00 |
| Sales Tax | |
| Total Invoice Amount | 1,000.00 |
| Payment Received | |
| **TOTAL** | 1,000.00 |

Check No:

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA   02151

Invoice Number:
1208

Invoice Date:
Jun 3, 2003

Page:
1

Voice:   781-289-6100
Fax:     781-289-4429

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA   02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 7/3/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 0033 | 7-3-03 <br> 6/WHEELER, BARE RENTAL @ $250 PER DAY | 250.00 | 250.00 |

Subtotal   250.00
Sales Tax
Total Invoice Amount   250.00
Payment Received

Check No:

TOTAL   250.00

MACHINE RECEIPT

# CARUSO CONSTRUCTION AND EQUIPMENT COMPANY, INC.

320 Charger Street • Revere, Massachusetts 02151
Telephone (781) 284-4260    Fax (781) 289-4429

DELIVERY DATE _6-5-03_

| RECEIVED FROM | SHIPPED TO |
|---|---|
| O.D.F. | Academy Home |

VIA _____    VIA _____

(X) INBOUND    ( ) NEW    ( ) SALE    ( ) LOAN    ( ) SERVICE
(X) OUTBOUND   ( ) USED   (X) RENTAL  ( ) DEMO    ( ) OTHER
( ) TRANSFER                          W.O./I.D. # _____

MAKE _Ford._    MODEL _6 Whl Dump_ S/N _____ MI/HR _____

LIST ANY DAMAGE          INSPECTED BY _____
LIST ANY ATTACHMENTS

Truck In Excellent Condition
Customer Responsable For Tires.

$ 250⁰⁰ Per Day
$ 1000⁰⁰ Per Wk

**WARNING** - USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.

FUEL: - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SMI'S POSTED RATE PER GALLON.

INBOUND SIGNED _____    DATE _July 3 2003_

OUTBOUND SIGNED _____    DATE _June 5 2003_

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA   02151

Voice:   781-289-6100
Fax:     781-289-4429

# Invoice

Invoice Number:

1209

Invoice Date:

Jun 30, 2003

Page:

1

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA   02125

Ship to:
ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | Courier | | | | 7/30/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-40 | 6-25-03 THROUGH 7-3-03 KOM PC220, BARE RENTAL @ $2,500 PER WEEK | 2,500.00 | 2,500.00 |

|  |  |
|---|---|
| Subtotal | 2,500.00 |
| Sales Tax | |
| Total Invoice Amount | 2,500.00 |
| Payment Received | |
| **TOTAL** | 2,500.00 |

Check No:

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

**Invoice Number:**
1211

**Invoice Date:**
Jul 8, 2003

**Voice:** 781-289-6100
**Fax:** 781-289-4429

**Page:**
1

**Sold To:**
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

**Ship to:**
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Courier | | 8/7/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-40 | 7/3/03 THROUGH 7/10/03 KOM PC220/BUCKET, BARE RENTAL @ $2,500 PER WEEK | 2,500.00 | 2,500.00 |

| | | |
|---|---|---|
| | Subtotal | 2,500.00 |
| | Sales Tax | |
| | Total Invoice Amount | 2,500.00 |
| | Payment Received | |
| Check No: | **TOTAL** | 2,500.00 |

MACHINE RECEIPT

# CARUSO CONSTRUCTION AND EQUIPMENT COMPANY, INC.

320 Charger Street • Revere, Massachusetts 02151
Telephone (781) 284-4260    Fax (781) 289-4429

DELIVERY DATE _____ 6/25/03

| RECEIVED FROM | SHIPPED TO |
|---|---|
| ODF | Academy Homes |

VIA _____

VIA _____

- [✓] **INBOUND**
- [ ] NEW
- [ ] SALE
- [ ] LOAN
- [ ] SERVICE
- [✓] **OUTBOUND**
- [ ] USED
- [ ] RENTAL
- [ ] DEMO
- [ ] OTHER
- [ ] **TRANSFER**

W.O./I.D. # _____

MAKE __Komatsu__    MODEL __DC 220__    S/N _____    MI/HR _____

LIST ANY DAMAGE
LIST ANY ATTACHMENTS

INSPECTED BY _____ Dave

**WARNING** - USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.

FUEL: - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SMI'S POSTED RATE PER GALLON.

INBOUND SIGNED _____    DATE __7/3/03__

OUTBOUND SIGNED _____    DATE __6/25/03__

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA   02151

Invoice Number:
1147

Invoice Date:
Sep 23, 2002

Voice:   781-289-6100
Fax:     781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA   02125

Ship to:
ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | Courier | | | 10/23/02 |
| Quantity | Item | Description | | Unit Price | Extension |
| 1.00 | E-26 | 9-26-02 THROUGH 10-26-02 KOM PC300 HAMMER #4001, BARE RENTAL @ $10,000 PER MONTH | | 10,000.00 | 10,000.00 |

|  |  |
|---|---|
| Subtotal | 10,000.00 |
| Sales Tax | |
| Total Invoice Amount | 10,000.00 |
| Payment Received | |
| **TOTAL** | 10,000.00 |

Check No:

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Voice:    781-289-6100
Fax:      781-289-4429

Invoice Number:

1153

Invoice Date:

Oct 28, 2002

Page:

1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 11/27/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-26 | 10-28-02 THROUGH 11-28-02 KOM PC300 W/HAMMER #4001 E-26, BARE RENTAL @ $10,000 PER MONTH | 10,000.00 | 10,000.00 |

Check No:

| | |
|---|---|
| Subtotal | 10,000.00 |
| Sales Tax | |
| Total Invoice Amount | 10,000.00 |
| Payment Received | |
| **TOTAL** | 10,000.00 |

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

**Invoice Number:**
1165

**Invoice Date:**
Jan 8, 2003

**Page:**
1

Voice:    781-289-6100
Fax:       781-289-4429

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA   02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | | Payment Terms | |
|---|---|---|---|---|
| ODF | | | Net 30 Days | |
| Sales Rep ID | Shipping Method | | Ship Date | Due Date |
| | Courier | | | 2/7/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-26 | 12-29-02 THROUGH 1-29-03 KOM PC300 W/HAMMER #4001, BARE RENTAL @ $ 10,000 PER MONTH | 10,000.00 | 10,000.00 |

| | | |
|---|---|---|
| | Subtotal | 10,000.00 |
| | Sales Tax | |
| | Total Invoice Amount | 10,000.00 |
| Check No: | Payment Received | |
| | **TOTAL** | 10,000.00 |

**Invoice**

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA   02151

Invoice Number:
1168

Invoice Date:
Jan 20, 2003

Voice:    781-289-6100
Fax:       781-289-4429

Page:
1

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA   02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | | Payment Terms | |
|---|---|---|---|---|
| ODF | | | Net 30 Days | |
| Sales Rep ID | Shipping Method | | Ship Date | Due Date |
| | Courier | | | 2/19/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-26 | 1-30-03 THROUGH 2-28-03 KOM PC300 W/HAMMER #4001, BARE RENTAL @ $10,000 PER MONTH | 10,000.00 | 10,000.00 |

|  | Subtotal | 10,000.00 |
|---|---|---|
|  | Sales Tax | |
| Check No: | Total Invoice Amount | 10,000.00 |
|  | Payment Received | |
|  | **TOTAL** | 10,000.00 |

McLaughlin Bros. Contracting Corp.

# Invoice

120 Clinton Street
Brockton, MA 02302
(508) 587-3409



| Date | Invoice # |
|---|---|
| 6/19/03 | 2006-19 |

**Bill To**

ODF Contracting Co.
PO Box 380
Uphams Corner
Dorchester, MA 02125

**Ship To**

ACADEMY HOMES

| P.O. Number | Terms | Ship | Project |
|---|---|---|---|
| | | 4/30/2003 | |



| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 | CAT 300 with 7500 LB Hammer - June 17, 2003 Thru July 17, 2003 | 20,000.00 | 20,000.00 |
| 1 | Sales Tax | 1,000.00 | 1,000.00 |

**Total** $21,000.00

**Balance Due** $21,000.00

TOTAL P.01

McLaughlin Bros. Contracting Corp.

120 Clinton Street
Brockton, MA 02302
(508) 587-3409

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/29/03 | 2004-19 |

**Bill To**

ODF Contracting Co.
PO Box 380
Uphams Corner
Dorchester, MA 02125

**Ship To**

ACADEMY HOMES

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
|  |  | 4/30/2003 |  |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | CAT 300 with 7500 LB Hammer - May 16, 2003 thru June 16, 2003 | 20,000.00 | 20,000.00 |
| 1 | Sales Tax | 1,000.00 | 1,000.00 |

| Total | $21,000.00 |
|-------|------------|
| **Balance Due** | $21,000.00 |

TOTAL P.01

McLaughlin Bros. Contracting Corp.

# Invoice

120 Clinton Street
Brockton, MA 02302
(508) 587-3409

| Date | Invoice # |
|------|-----------|
| 4/30/2003 | 2003-19 |

**Bill To**

ODF Contracting Co.
PO Box 380
Uphams Corner
Dorchester, MA  02125

**Ship To**

ACADEMY HOMES

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
| | Net 30 | 4/30/2003 | |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | CAT 300 with 7500 LB Hammer - April 15, 2003 thru May 15, 2003 | 20,000.00 | 20,000.00 |
| 1 | Sales Tax | | 1,000.00 |

| | | |
|---|---|---|
| **Total** | | $21,000.00 |
| **Balance Due** | | $21,000.00 |

MACHINE RECEIPT

# CARUSO CONSTRUCTION AND EQUIPMENT COMPANY, INC.

320 Charger Street • Revere, Massachusetts 02151
Telephone (781) 284-4260    Fax (781) 289-4429

DELIVERY DATE _9-26-03_

| RECEIVED FROM | SHIPPED TO |
|---|---|
| ODF | academy Homes. |

VIA _____    VIA _____

( ) INBOUND    ( ) NEW    ( ) SALE    ( ) LOAN    ( ) SERVICE
(X) OUTBOUND    ( ) USED    (X) RENTAL    ( ) DEMO    ( ) OTHER
( ) TRANSFER    E-26    W.O./I.D. # _____

MAKE _Komatsu_    MODEL _PC300/Hammer_  S/N _____    MI/HR _out 2494 Hrs_

LIST ANY DAMAGE        INSPECTED BY _Ronnie W.
LIST ANY ATTACHMENTS

                                        In      4024
                                        Out     2494
                                               1530 Hrs.

**WARNING** - USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.

FUEL: - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SMI'S POSTED RATE PER GALLON.

INBOUND SIGNED _____    DATE _07-01-03._

OUTBOUND SIGNED _____    DATE _9-26-03_

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1192

Invoice Date:
May 6, 2003

Voice:    781-289-6100
Fax:      781-289-4429

Page:
1

Duplicate

Sold To:
  ODF CONTRACTING CO
  P.O. BOX 380
  UPHAMS CORNER
  DORCHESTER, MA  02125

Ship to:
  ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 6/5/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-25 | 3-15-03 THROUGH 4-15-03<br>KOM PC 300, BARE RENTAL @ $9,000<br>PER MONTH | 9,000.00 | 9,000.00 |

| | |
|---|---|
| Subtotal | 9,000.00 |
| Sales Tax | |
| Total Invoice Amount | 9,000.00 |
| Payment Received Ck # 1146 | |
| **TOTAL** | 9,000.00 |
| Pd | 3,502.50 |
| bal. | 5497.50 |

Check No:

MACHINE RECEIPT

# CARUSO COMPANIES

320 Charger Street • Revere, Massachusetts
Telephone (781) 284-4260   Fax (781) 289-4429

| CUSTOMER: | SHIP TO: |
|---|---|
| Name: ODF | Academy Homes |
| Address: | |
| | |

| Date of Order | Delivery Date 3-15-03 | Salesman | Caruso's Truck ☐ | Hired ☐ | Customer's Truck ☐ |

Stock# E-25     Model# PC-300 w/Bucket     Serial# _____

## EXCAVATOR - *CHECK LIST*

| | OUT | IN | | OUT | IN | | OUT | IN |
|---|---|---|---|---|---|---|---|---|
| FLUIDS: ENGINE OIL, | ✓ | | SHEET METAL | ✓ | | CAB *Good -* | ✓ | |
| HYDRAULIC OIL, COOLANT | ✓ | | BOOM | ✓ | | GLASS | ✓ | |
| HOSES | ✓ | | STICK | ✓ | | GUAGES | ✓ | |
| TRACKS | ✓ | | SWING BRAKE | ✓ | | HOUR METER | ✓ | |
| HYDRAULIC CYLINDERS | ✓ | | TRAVEL ALARM | ✓ | | LIGHTS | ✓ | |
| ATTACHMENT | ✓ | | | | | HORN | ✓ | |

### Mark Clearly all Damage by Symbol, "B" Bruise - "C" Cut - "H" Hole - "D"DENT

| Left | Right |
|---|---|



Dent

Hour Meter:  **Start** _____     **End** _____

Comments: Customer Responsable For Greesing Machine.

_____

**W A R N I N G** - *USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.*
**DAMAGE** - CUSTOMER AGREES TO PROVIDE NORMAL MAINTENANCE OF EQUIPMENT AND TO ACCEPT LIABILITY FOR ANY AND ALL RE-PAIRS DUE TO DAMAGE OF EQUIPMENT OR TIRES.
**FUEL** - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SMI'S POSTED RATE PER GALLON.
ALL EQUIPMENT SHALL BE RETURNED IN A CLEAN CONDITION OR PAY AN ADDITIONAL CHARGE FOR CLEANING.

INBOUND SIGNED _____     DATE 4-15-03

OUTBOUND SIGNED _____     DATE 3-15-03

**MACHINE RECEIPT**

# CARUSO CONSTRUCTION AND EQUIPMENT COMPANY, INC.

320 Charger Street • Revere, Massachusetts
Telephone (781) 284-4260   Fax (781) 289-4429

| CUSTOMER: | SHIP TO: |
|---|---|
| Name: ODF | Academy Homes. |
| Address: | |

| Date of Order | Delivery Date 8-30-02 | Salesman | Caruso's Truck ☐ | Hired ☐ | Customer's Truck ☐ |
|---|---|---|---|---|---|

Stock# _D-13_     Model# _Cat D-3_     Serial#_____

## DOZER - CHECK LIST

| | OUT | IN | | OUT | IN | | OUT | IN |
|---|---|---|---|---|---|---|---|---|
| FLUIDS: ENGINE OIL, | ✓ | ✓ | CONTROL - LOCKOUT | ✓ | ✓ | GUAGES | ✓ | α |
| HYDRAULIC OIL, COOLANT | ✓ | ✓ | SHEET METAL | ✓ | ✓ | HOUR METER | ✓ | ✓ |
| HOSES | ✓ | ✓ | TRAVEL ALARM | ✓ | ✓ | LIGHTS | ✓ | ✓ |
| TRACKS | ✓ | ✓ | R.O.P.S. | ✓ | ✓ | | | |
| HYDRAULIC CYLINDERS | ✓ | ✓ | CAB | N/A | N/A | | | |
| BLADE | ✓ | ✓ | GLASS | ✓ | | | | |

### Mark Clearly all Damage by Symbol, "B" Bruise - "C" Cut - "H" Hole - "D"DENT

Left                                             Right

*Good Condition*

**Hour Meter:   Start** _843_   **End** _1019_   ( _173 Hrs_ )

Comments:_____

_____

**W A R N I N G** - *USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.*
DAMAGE - CUSTOMER AGREES TO PROVIDE NORMAL MAINTENANCE OF EQUIPMENT AND TO ACCEPT LIABILITY FOR ANY AND ALL RE-PAIRS DUE TO DAMAGE OF EQUIPMENT OR TIRES.
FUEL - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SMI'S POSTED RATE PER GALLON.
ALL EQUIPMENT SHALL BE RETURNED IN A CLEAN CONDITION OR PAY AN ADDITIONAL CHARGE FOR CLEANING.

INBOUND SIGNED _____   DATE 9-30-02

OUTBOUND SIGNED _____   DATE 8-30-02

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1075

Invoice Date:
Jun 24, 2002

Voice:    781-289-6100
Fax:      781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 7/24/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | 7-1-02 THROUGH 8-1-02 | | |
| 1.00 | E-50 | 450 HAMMER, BARE RENTAL @ $18,000 PER MONTH | 18,000.00 | 18,000.00 |

|  |  |
|---|---|
| Subtotal | 18,000.00 |
| Sales Tax | |
| Total Invoice Amount | 18,000.00 |
| Payment Received | 16,500.00 |
| **TOTAL** | 1,500.00 |

Check No:  Multiple
Payments
Received

**MACHINE RECEIPT**

# CARUSO COMPANIES

320 Charger Street • Revere, Massachusetts
Telephone (781) 284-4260    Fax (781) 289-4429

| CUSTOMER: | SHIP TO: |
|---|---|
| Name: _ODR_ | _Academy Homes_ |
| Address: | |

| Date of Order | Delivery Date | Salesman | Caruso's Truck ☐ | Hired ☐ | Customer's Truck ☐ |
|---|---|---|---|---|---|
| 7-1-02 | 7-1-02 | Ernie | | | |

Stock# _E 50_       Model# _PC 450/Hummer_    Serial# _____

## EXCAVATOR - *CHECK LIST*

| | OUT | IN | | OUT | IN | | OUT | IN |
|---|---|---|---|---|---|---|---|---|
| FLUIDS: ENGINE OIL, | ✓ | | SHEET METAL | ✓ | ✗ | CAB | | ✓ |
| HYDRAULIC OIL, COOLANT | ✓ | ✗ | BOOM | ✓ | ✗ | GLASS | ✓ | ✗ |
| HOSES | ✓ | ✗ | STICK | | ✗ | GUAGES | ✓ | |
| TRACKS | ✓ | ✗ | SWING BRAKE | ✓ | | HOUR METER | ✓ | |
| HYDRAULIC CYLINDERS | ✓ | ✗ | TRAVEL ALARM | | ✗ | LIGHTS | ✓ | ✗ |
| ATTACHMENT | ✓ | ✗ | | | | HORN | ✓ | ✗ |

**Mark Clearly all Damage by Symbol, "B" Bruise - "C" Cut - "H" Hole - "D"DENT**

Left                                                    Right



**Hour Meter:    Start** _1607_    **End** _1249_    _142 HRS_

Comments: _____

**W A R N I N G** - *USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.*
**DAMAGE** - CUSTOMER AGREES TO PROVIDE NORMAL MAINTENANCE OF EQUIPMENT AND TO ACCEPT LIABILITY FOR ANY AND ALL RE-PAIRS DUE TO DAMAGE OF EQUIPMENT OR TIRES.
**FUEL** - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SM'S POSTED RATE PER GALLON.
ALL EQUIPMENT SHALL BE RETURNED IN A CLEAN CONDITION OR PAY AN ADDITIONAL CHARGE FOR CLEANING.

**INBOUND SIGNED** _____    **DATE** _08-01-02_

**OUTBOUND SIGNED** _____    **DATE** _07-01-02_

# Invoice

**CIRCLE TRUCKING INC.**
320 CHARGER STREET
REVERE, MA 02151

Invoice Number:
1124

Invoice Date:
Aug 19, 2002

Voice:    781-289-6100
Fax:     781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA 02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 9/18/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-51 | 8-19-02 THROUGH 8-26-02 300 HAMMER, BARE RENTAL @ $3,750 PER WEEK | 3,750.00 | 3,750.00 |

| | |
|---|---|
| Subtotal | 3,750.00 |
| Sales Tax | |
| Total Invoice Amount | 3,750.00 |
| Payment Received | 877.50 |
| **TOTAL** | 2,872.50 |

Check No:   1122

# MACHINE RECEIPT

# CARUSO COMPANIES

320 Charger Street • Revere, Massachusetts
Telephone (781) 284-4260   Fax (781) 289-4429

| **CUSTOMER:** | **SHIP TO:** |
|---|---|
| Name: ODF | acadamey Home |
| Address: | |

| Date of Order | Delivery Date 8-19-02 | Salesman | Caruso's Truck ☐ | Hired ☐ | Customer's Truck ☐ |
|---|---|---|---|---|---|

Stock# E51    Model# PC 300 W/Hammer    Serial#_____

## EXCAVATOR - CHECK LIST

| | OUT | IN | | OUT | IN | | OUT | IN |
|---|---|---|---|---|---|---|---|---|
| FLUIDS: ENGINE OIL, | ✓ | ✓ | SHEET METAL | ✓ | ✓ | CAB | ✓ | |
| HYDRAULIC OIL, COOLANT | ✓ | | BOOM | ✓ | | GLASS | ✓ | |
| HOSES | ✓ | | STICK | ✓ | | GUAGES | ✓ | |
| TRACKS | ✓ | | SWING BRAKE | ✓ | | HOUR METER | ✓ | |
| HYDRAULIC CYLINDERS | ✓ | | TRAVEL ALARM | ✓ | | LIGHTS | ✓ | |
| ATTACHMENT | ✓ | | | | | HORN | ✓ | |

### Mark Clearly all Damage by Symbol, "B" Bruise - "C" Cut - "H" Hole - "D"DENT

| Left | Right |
|---|---|

Hour Meter: **Start** 9185    **End** 9225    40.4 Hrs

Comments:_____

**WARNING** - *USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.*
**DAMAGE** - CUSTOMER AGREES TO PROVIDE NORMAL MAINTENANCE OF EQUIPMENT AND TO ACCEPT LIABILITY FOR ANY AND ALL RE-PAIRS DUE TO DAMAGE OF EQUIPMENT OR TIRES.
**FUEL** - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SMPS POSTED RATE PER GALLON.
ALL EQUIPMENT SHALL BE RETURNED IN A CLEAN CONDITION OR PAY AN ADDITIONAL CHARGE FOR CLEANING.

INBOUND SIGNED_____    DATE 8-26-02

OUTBOUND SIGNED_____    DATE 8-19-02

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1170

Invoice Date:
Feb 6, 2003

Voice:   781-289-6100
Fax:     781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 3/8/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-59 | 1-28-03 THROUGH 2-28-03 HITACHI EX330 HAMMER, BARE RENTAL @ $18,000 PER MONTH | 18,000.00 | 18,000.00 |

Check No:

| | |
|---|---|
| Subtotal | 18,000.00 |
| Sales Tax | |
| Total Invoice Amount | 18,000.00 |
| Payment Received | |
| **TOTAL** | 18,000.00 |

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA   02151

**Invoice Number:**

1131

**Invoice Date:**

Aug 29, 2002

**Page:**

1

**Voice:**   781-289-6100
**Fax:**     781-289-4429

Duplicate

Sold To:
   ODF CONTRACTING CO
   P.O. BOX 380
   UPHAMS CORNER
   DORCHESTER, MA   02125

Ship to:
   ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 9/28/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | D-13 | 8-30-02 THROUGH 9-30-02<br>CAT D3, BARE RENTAL @ $2,800 PER<br>MONTH | 2,800.00 | 2,800.00 |

| | | |
|---|---|---|
| | Subtotal | 2,800.00 |
| | Sales Tax | |
| | Total Invoice Amount | 2,800.00 |
| Check No: | Payment Received | |
| | **TOTAL** | 2,800.00 |

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA   02151

Invoice Number:
1137

Invoice Date:
Sep 12, 2002

Page:
1

Voice:   781-289-6100
Fax:     781-289-4429

Duplicate

Sold To:
  ODF CONTRACTING CO
  P.O. BOX 380
  UPHAMS CORNER
  DORCHESTER, MA   02125

Ship to:
  ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | Courier | | | | 10/12/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | REPAIR INVOICE FOR HAMMER WHILE ON RENTAL @ ODF, ACADEMY HOMES PROJECT | | |
| 1.00 | RE | REPAIRS | 21,165.00 | 21,165.00 |

| | |
|---|---|
| Subtotal | 21,165.00 |
| Sales Tax | |
| Total Invoice Amount | 21,165.00 |
| Payment Received | |
| **TOTAL** | 21,165.00 |

Check No:

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1172

Invoice Date:
Feb 28, 2003

Voice:  781-289-6100
Fax:    781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | Courier | | | 3/30/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-59 | 3-1-03 THROUGH 4-1-03 HITACHI EX330 HAMMER, BARE RENTAL @ $18,000 PER MONTH | 18,000.00 | 18,000.00 |

|  | |
|---|---|
| Subtotal | 18,000.00 |
| Sales Tax | |
| Total Invoice Amount | 18,000.00 |
| Payment Received | |
| **TOTAL** | 18,000.00 |

Check No:

# Invoice

**CIRCLE TRUCKING INC.**
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1187

Invoice Date:
Apr 30, 2003

Page:
1

Voice:   781-289-6100
Fax:     781-289-4429

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
REPAIR INVOICE
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 5/30/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | NEW POINT FOR CAT330 HAMMER ON | | 2,500.00 |
| | | RENTAL @ ACADEMY HOMES FROM | | |
| | | 1/28/03 THRU 4/15/03 | | |
| | | EQUIPMENT # E-42 | | |

|  |  |
|---|---|
| Subtotal | 2,500.00 |
| Sales Tax | |
| Total Invoice Amount | 2,500.00 |
| Payment Received | |
| **TOTAL** | 2,500.00 |

Check No:

# CARUSO COMPANIES

320 Charger Street • Revere, Massachusetts
Telephone (781) 284-4260   Fax (781) 289-4429

| **CUSTOMER:** | **SHIP TO:** |
|---|---|
| Name: ODF | Academy Nome |
| Address: | |

| Date of Order | Delivery Date 1-28-03 | Salesman | Caruso's Truck ☑ | Hired ☐ | Customer's Truck ☐ |
|---|---|---|---|---|---|

Stock# E59          Model# Cat 330 / w /Kimmo Serial# _____

## EXCAVATOR - CHECK LIST

| | OUT | IN | | OUT | IN | | OUT | IN |
|---|---|---|---|---|---|---|---|---|
| FLUIDS: ENGINE OIL, | ✓ | ✓ | SHEET METAL | ✓ | X | CAB | | |
| HYDRAULIC OIL, COOLANT | ✓ | ✓ | BOOM | ✓ | | GLASS | | X |
| HOSES | ✓ | | STICK | ✓ | | GUAGES | ✓ | |
| TRACKS | ✓ | | SWING BRAKE | ✓ | | HOUR METER | ✓ | |
| HYDRAULIC CYLINDERS | ✓ | | TRAVEL ALARM | ✓ | | LIGHTS | ✓ | |
| ATTACHMENT | ✓ | | | | | HORN | ✓ | |

### Mark Clearly all Damage by Symbol, "B" Bruise - "C" Cut - "H" Hole - "D"DENT

Left                                                    Right



Hour Meter:   Start 2629          End 2999      320 HrS

Comments: _____
Damage To machine Estimate For Repairs To
Follow

WARNING - USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT
IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE
RUNNING MACHINE.
DAMAGE - CUSTOMER AGREES TO PROVIDE NORMAL MAINTENANCE OF EQUIPMENT AND TO ACCEPT LIABILITY FOR ANY AND ALL RE-
PAIRS DUE TO DAMAGE OF EQUIPMENT OR TIRES.
FUEL - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL
BE FILLED AND CHARGED TO YOUR ACCOUNT AT SMLR POSTED RATE PER GALLON.
ALL EQUIPMENT SHALL BE RETURNED IN A CLEAN CONDITION OR PAY AN ADDITIONAL CHARGE FOR CLEANING.

INBOUND SIGNED _____   DATE 4-01-03

OUTBOUND SIGNED _____   DATE 1-28-03

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

**Invoice Number:**
1176

**Invoice Date:**
Mar 21, 2003

Voice:   781-289-6100
Fax:     781-289-4429

**Page:**
1

Duplicate

**Sold To:**
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

**Ship to:**
ACADEMY HOMES

| Customer ID | Customer PO | | Payment Terms | |
|---|---|---|---|---|
| ODF | | | Net 30 Days | |
| Sales Rep ID | Shipping Method | | Ship Date | Due Date |
| | Courier | | | 4/20/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-42 | 2-28-03 THROUGH 3-28-03 CAT 330/HAMMER, BARE RENTAL @ $18,000 PER MONTH | 18,000.00 | 18,000.00 |

Check No:   1146

| | |
|---|---|
| Subtotal | 18,000.00 |
| Sales Tax | |
| Total Invoice Amount | 18,000.00 |
| Payment Received | 15,000.00 |
| **TOTAL** | 3,000.00 |

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1181

Invoice Date:
Apr 21, 2003

Voice:    781-289-6100
Fax:      781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 5/21/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-42 | 3-29-03 THROUGH 4-29-03 CAT 330/HAMMER, BARE RENTAL @ B$18,000 PER MONTH | 18,000.00 | 18,000.00 |

|  |  |
|---|---|
| Subtotal | 18,000.00 |
| Sales Tax | |
| Total Invoice Amount | 18,000.00 |
| Payment Received | |
| **TOTAL** | 18,000.00 |

Check No:

McLaughlin Bros. Contracting Corp.

# Invoice

120 Clinton Street
Brockton, MA 02302
(508) 587-3409

| Date | Invoice # |
|------|-----------|
| 5/30/03 | 2005-19 |

| Bill To |
|---------|
| ODF Contracting Co.<br>PO Box 380<br>Uphams Corner<br>Dorchester, MA  02125 |

| Ship To |
|---------|
| ACADEMY HOMES |

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
|  |  | 4/30/2003 |  |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | Hitachi EX330 – May 19, 2003 Thru June 19, 2003 | 22,000.00 | 22,000.00 |
| 1 | Sales Tax | 1,100.00 | 1,100.00 |

| Total | $ 23,100.00 |
|-------|-------------|
| Balance Due | $ 23,100.00 |

McLaughlin Bros. Contracting Corp.

# Invoice

120 Clinton Street
Brockton, MA 02302
(508) 587-3409

| Date | Invoice # |
|------|-----------|
| 6/19/03 | 2007-19 |

**Bill To**

ODF Contracting Co.
PO Box 380
Uphams Corner
Dorchester, MA 02125

**Ship To**

ACADEMY HOMES

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
|  |  | 4/30/2003 |  |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | Hitachi EX330 – June 20, 2003 Thru July 20, 2003 | 22,000.00 | 22,000.00 |
| 1 | Sales Tax | 1,100.00 | 1,100.00 |

| | | |
|---|---|---|
| **Total** | | $23,100.00 |
| **Balance Due** | | $23,100.00 |

TOTAL P.01

# Invoice

**CIRCLE TRUCKING INC.**
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1187

Invoice Date:
Apr 30, 2003

Voice:   781-289-6100
Fax:     781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
REPAIR INVOICE
ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | Courier | | | 5/30/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | NEW POINT FOR CAT330 HAMMER ON RENTAL @ ACADEMY HOMES FROM 1/28/03 THRU 4/15/03 EQUIPMENT # E-42 | | 2,500.00 |

|  | Subtotal | 2,500.00 |
|---|---|---|
| | Sales Tax | |
| | Total Invoice Amount | 2,500.00 |
| Check No: | Payment Received | |
| | **TOTAL** | 2,500.00 |

# CARUSO COMPANIES

320 Charger Street · Revere, Massachusetts
Telephone (781) 284-4260   Fax (781) 289-4429

| CUSTOMER: | SHIP TO: |
|---|---|
| Name: *ODF.* | *Academy Home* |
| Address: | |

Date of Order _____   Delivery Date *2-28-03*   Salesman _____   Caruso's Truck ☐   Hired ☐   Customer's Truck ☐

Stock# *E 42*   Model# *Hitachi 330/Home* Serial# _____

## EXCAVATOR - *CHECK LIST*

| | OUT | IN | | OUT | IN | | OUT | IN |
|---|---|---|---|---|---|---|---|---|
| FLUIDS: ENGINE OIL, | ✓ | | SHEET METAL *Dumag* | | | CAB | ✗ | |
| HYDRAULIC OIL, COOLANT | ✓ | | BOOM | | | GLASS | | |
| HOSES | ✓ | | STICK | | | GUAGES | | |
| TRACKS | ✓ | | SWING BRAKE | | | HOUR METER | | |
| HYDRAULIC CYLINDERS | ✓ | | TRAVEL ALARM | | | LIGHTS | | |
| ATTACHMENT | ✓ | | | | | HORN | | |

**Mark Clearly all Damage by Symbol, "B" Bruise - "C" Cut - "H" Hole - "D"DENT**

Left ... *Return* ... Right

*B.* ... *D* ... *B.* ... *680 HRS*

Hour Meter:   Start *10840*   End *11521*

Comments: *Estimate to Follow for Damages.*

**WARNING** - *USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.*
**DAMAGE** - CUSTOMER AGREES TO PROVIDE NORMAL MAINTENANCE OF EQUIPMENT AND TO ACCEPT LIABILITY FOR ANY AND ALL RE-PAIRS DUE TO DAMAGE OF EQUIPMENT OR TIRES.
**FUEL** - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SM'S POSTED RATE PER GALLON.
ALL EQUIPMENT SHALL BE RETURNED IN A CLEAN CONDITION OR PAY AN ADDITIONAL CHARGE FOR CLEANING.

INBOUND SIGNED _____   DATE *7-01-03*

OUTBOUND SIGNED _____   DATE *2-28-03*

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA 02151

Invoice Number:
1143

Invoice Date:
Sep 23, 2002

Voice: 781-289-6100
Fax: 781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA 02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 10/23/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-21 | 8-27-02 THROUGH 9-3-02 PC 120, BARE RENTAL @ $1,200 PER WEEK | 1,200.00 | 1,200.00 |

| | |
|---|---|
| Subtotal | 1,200.00 |
| Sales Tax | |
| Total Invoice Amount | 1,200.00 |
| Payment Received | |
| **TOTAL** | 1,200.00 |

Check No:

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Voice:    781-289-6100
Fax:      781-289-4429

Invoice Number:
1101

Invoice Date:
Jul 29, 2002

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
| --- | --- | --- | --- | --- | --- |
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | Courier | | | 8/28/02 |

| Quantity | Item | Description | Unit Price | Extension |
| --- | --- | --- | --- | --- |
| 1.00 | E-21 | 7-18-02 THROUGH 8-18-02 PC 120, BARE RENTAL @ $1,200 PER MONTH | 1,200.00 | 1,200.00 |

Check No:

| | |
| --- | --- |
| Subtotal | 1,200.00 |
| Sales Tax | |
| Total Invoice Amount | 1,200.00 |
| Payment Received | |
| **TOTAL** | 1,200.00 |

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1061

Invoice Date:
May 29, 2002

Voice:    781-289-6100
Fax:      781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | Courier | | | | 6/28/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | 5-29-02 THROUGH 6-6-02 | | |
| 1.00 | E-41 | PC 120, BARE RENTAL @ $1,200 PER WEEK | 1,200.00 | 1,200.00 |



| | |
|---|---|
| Subtotal | 1,200.00 |
| Sales Tax | |
| Total Invoice Amount | 1,200.00 |
| Payment Received | |
| **TOTAL** | 1,200.00 |

Check No:

Case 1:05-cv-10991-NG   Document 51-21   Filed 05/13/2005   Page 22 of 23

# CARUSO COMPANIES

320 Charger Street • Revere, Massachusetts
Telephone (781) 284-4260   Fax (781) 289-4429

| CUSTOMER: | SHIP TO: |
|---|---|
| **Name:** O.D.F. Contracting. | Academy Homes |
| **Address:** | |

| Date of Order | Delivery Date 5-29-02 | Salesman | Caruso's Truck ☐   Hired ☐   Customer's Truck ☐ |
|---|---|---|---|

**Stock#** E.21     **Model#** PC120     **Serial#**

## EXCAVATOR - CHECK LIST

| | OUT | IN | | OUT | IN | | OUT | IN |
|---|---|---|---|---|---|---|---|---|
| FLUIDS: ENGINE OIL, | ✓ | ✓ | SHEET METAL | ✓ | X | CAB | ✓ | X |
| HYDRAULIC OIL, COOLANT | ✓ | ✓ | BOOM | ✓ | ✓ | GLASS | ✓ | ✓ |
| HOSES | ✓ | ✓ | STICK | ✓ | ✓ | GUAGES | ✓ | ✓ |
| TRACKS | ✓ | ✓ | SWING BRAKE | | ✓ | HOUR METER | ✓ | ✓ |
| HYDRAULIC CYLINDERS | ✓ | ✓ | TRAVEL ALARM | ✓ | ✓ | LIGHTS | ✓ | ✓ |
| ATTACHMENT  Bucket | ✓ | ✓ | | | | HORN | | ✓ |

**Mark Clearly all Damage by Symbol, "B" Bruise - "C" Cut - "H" Hole - "D"DENT**

Left                                     Right



**Hour Meter:** *Start* 3903.   *End* 4419        516 Hrs

Comments:_____

**WARNING** - *USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.*
**DAMAGE** - CUSTOMER AGREES TO PROVIDE NORMAL MAINTENANCE OF EQUIPMENT AND TO ACCEPT LIABILITY FOR ANY AND ALL RE-PAIRS DUE TO DAMAGE OF EQUIPMENT OR TIRES.
**FUEL** - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SAM'S POSTED RATE PER GALLON.
ALL EQUIPMENT SHALL BE RETURNED IN A CLEAN CONDITION OR PAY AN ADDITIONAL CHARGE FOR CLEANING.

**INBOUND SIGNED** _____ **DATE** 9/3/02

**OUTBOUND SIGNED** _____ **DATE** 5/29/02

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

**Invoice Number:**
1161

**Invoice Date:**
Dec 4, 2002

**Page:**
1

Voice:    781-289-6100
Fax:      781-289-4429

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 1/3/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-26 | 11-28-02 THROUGH 12-28-02 KOM PC300 HAMMER #4001, BARE RENTAL @ $10,000 PER MONTH | 10,000.00 | 10,000.00 |

| | | |
|---|---|---|
| | Subtotal | 10,000.00 |
| | Sales Tax | |
| | Total Invoice Amount | 10,000.00 |
| Check No: | Payment Received | |
| | **TOTAL** | 10,000.00 |

# COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, SS.**                                    **SUPERIOR COURT**

|  |  |  |
|---|---|---|
| CIRCLE TRUCKING, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 03-5217 |
| | ) | |
| O.D.F. CONTRACTING CO., INC., ET AL., | ) | |
| Defendants | ) | |

## DECLARATION OF JAMES DRAZEN

Pursuant to 28 U.S.C. § 1746, I, James Drazen, as the Senior Realty Specialist for the Office of Housing, Boston Field Office, of the United States Department of Housing and Urban Development ("HUD"), make the following declaration:

1. In my capacity as Senior Realty Specialist, I was one of the HUD officials charged with overseeing the implementation of a unique program known as the HUD / MHFA Demonstration Disposition Program ("Demo/Dispo Program"). The purpose of the Demo/Dispo Program was to renovate and sell to residents properties upon which HUD had foreclosed. The Academy Homes II demolition and construction project (the "Project") in Roxbury was part of the Demo/Dispo Program.

2. HUD contracted with the Massachusetts Housing Finance Agency ("MHFA") to perform certain functions as established by the provision of the Demo/Dispo Agreement.

In accordance with the Agreement, MHFA was responsible for the supervision and management of the Project, and the contracting with outside entities in furtherance of the construction of the Project.

3. Under the Demo/Dispo Agreement, MHFA was required to conduct all procurement of goods and services in connection with the interim management of the subject properties pursuant to MHFA's procurement policies, and was not required to follow the Federal Acquisition Regulations ("FAR").

4. In regard to major repair and capital improvements, MHFA conducted the hiring, under the Demo/Dispo Agreement, of consulting architects.

5. An objective of the Demo/Dispo Agreement was to demolish certain of the then-existing housing and to replace it with new housing, where appropriate, with the tenants to assume control and ownership of the new housing. A corporation controlled by the tenants now owns and manages the property known as "Academy Estates."

6. Consequently, the buildings are not now the property of HUD or of the United States Government.

As provided by 28 U.S.C. § 1746, I declare under the penalties of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on: 5/11/05

James Drazen
Senior Realty Specialist Office of Housing,
Boston Field Office
U.S. Department of Housing and Urban
Development



# Payment Bond

## AIA Document A312 - Electronic Format

BOND NUMBER:  103316488

CONTRACTOR *(Name and Address)*:
DF/HOON/PEABODY, Joint Venture
960 Washington Street
Boston, Massachusetts  02108

OWNER *(Name and Address)*:
MASSACHUSETTS HOUSING FINANCE AGENCY
One Beacon Street
Boston, Massachusetts  02108

SURETY *(Name and Principal Place of Business)*:
TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA
300 Crown Colony Drive
Quincy, Massachusetts  02169

CONSTRUCTION CONTRACT
Date:
Amount: $45,367,275.00
Description *(Name and Location)*:    MHFA PROJECT  #96-006
                    ACADEMY HOMES II, Boston, Massachusetts

BOND
Date (Not earlier than Construction Contract Date):
Amount:  $45,367,275.00
Modifications to this Bond:          [X] None          [ ] See Page

CONTRACTOR AS PRINCIPAL                SURETY
Company:              (Corporate Seal)    Company:              (Corporate Seal)
DODF/HOON/PEABODY, Joint Venture       TRAVELERS CASUALTY AND SURETY COMPANY
                        OF AMERICA

Signature:                             Signature:
Name and Title: EDWARD A. FISH, JR., President    Name and Title: DEBRA J. RIGDON, Attorney-in-Fact

*(Any additional signatures appear on the last page)*

*(FOR INFORMATION ONLY - Name, Address and Telephone)*

AGENT or BROKER:
OLDE BAY INSURANCE AGENCY, INC.
6 City Square, P.O. Box 290788
Boston, MA.  02129
(617) 242-2800

OWNER'S REPRESENTATIVE (Architect, Engineer or other party):

AIA DOCUMENT A312· PERFORMANCE BOND AND PAYMENT BOND · DECEMBER 1984 ED. · AIA ©· THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C., 20006-5292 · THIRD PRINTING · MARCH 1987. WARNING; Unlicensed photocopying violates U.S. copyright laws and is subject to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced without violation until the date of expiration as noted below.

Electronic Format A312-1984
User Document: A312.DOC -- 1/4/2000. AIA License Number 105821, which expires on 9/6/2000 -- Page #5

The Contractor and the Surety, jointly and severally bind nselves, their heirs, executors, administrators, successors assigns to the Owner to pay for labor, materials and .ipment furnished for use in the performance of the astruction Contract, which is incorporated herein by :rence.

With respect to the Owner, this obligation shall be null d void if the Contractor:

**2.1** Promptly makes payment, directly or indirectly, for all sums due Claimants, and

**2.2** Defends, indemnifies and holds harmless the Owner from claims, demands, liens or suits by any person or entity whose claim, demand, lien or suit is for the payment for labor, materials or equipment furnished for use in the performance of the Construction Contract, provided the Owner has promptly notified the Contractor and the Surety (at the address described in Paragraph 12) of any claims, demands, liens or suits and tendered defense of such claims, demands, liens or suits to the Contractor and the Surety, and provided there is no Owner Default.

**3** With respect to Claimants, this obligation shall be null and void if the Contractor promptly makes payment, directly indirectly, for all sums due.

**4** The Surety shall have no obligation to Claimants under this Bond until:

**4.1** Claimants who are employed by or have a direct contract with the Contractor have given notice to the Surety (at the address described in Paragraph 12) and sent a copy, or notice thereof, to the Owner, stating that a claim is being made under this Bond and, with substantial accuracy, the amount of the claim.

**4.2** Claimants who do not have a direct contract with the Contractor:

.1 Have furnished written notice to the Contractor and sent a copy, or notice thereof, to the Owner, within 90 days after having last performed labor or last furnished materials or equipment included in the claim stating, with substantial accuracy, the amount of the claim and the name of the party to whom the materials were furnished or supplied or for whom the labor was done or performed; and

.2 Have either received a rejection in whole or in part from the Contractor, or not received within 30 days of furnishing the above notice any communication from the Contractor by which the Contractor has indicated the claim will be paid directly or indirectly; and

.3 Not having been paid within the above 30 days, have sent a written notice to the Surety (at the address described in Paragraph 12) and sent a copy, or notice thereof, to the Owner, stating that a claim is being made under this Bond and enclosing a copy of the previous written notice furnished to the Contractor.

**5** If a notice required by Paragraph 4 is given by the Owner to the Contractor or to the Surety, that is sufficient compliance.

**6** When the Claimant has satisfied the conditions of Paragraph 4, the Surety shall promptly and at the Surety's expense take the following actions:

**6.1** Send an answer to the Claimant, with a copy to the Owner, within 45 days after receipt of the claim, stating the amounts that are undisputed and the basis for challenging any amounts that are disputed.

**6.2** Pay or arrange for payment of any undisputed amounts.

**7** The Surety's total obligation shall not exceed the amount of this Bond, and the amount of this Bond shall be credited for any payments made in good faith by the Surety.

**8** Amounts owed by the Owner to the Contractor under the Construction Contract shall be used for the performance of the Construction Contract and to satisfy claims, if any, under any Construction Performance Bond. By the Contractor furnishing and the Owner accepting this Bond, they agree that all funds earned by the Contractor in the performance of the Construction Contract are dedicated to satisfy obligations of the Contractor and the Surety under this Bond, subject to the Owner's priority to use the funds for the completion of the work.

**9** The Surety shall not be liable to the Owner, Claimants or others for obligations of the Contractor that are unrelated to the Construction Contract. The Owner shall not be liable for payment of any costs or expenses of any Claimant under this Bond, and shall have under this Bond no obligations to make payments to, give notices on behalf of, or otherwise have

A DOCUMENT A312- PERFORMANCE BOND AND PAYMENT BOND · DECEMBER 1984 ED. · AIA © THE AMERICAN INSTITUTE OF :CHITECTS. 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C., 20006-5292 · THIRD PRINTING · MARCH 1987. WARNING: Unlicensed photocopying violates U.S. copyright laws and is subject to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced without violation until the date of expiration as noted below.

Electronic Format A312-1984

tiors to Claimants under this Bond.

The Surety hereby agrees that it consents to and is notice of any change, addition, alteration, omission, ding changes of time, or other modification to the truction Contract or to related subcontracts, purchase s and other obligations. Any additional alteration, ge, extension of time, or other modification of the truction Contract or to related subcontracts, purchase rs and other obligations, or a forbearance on the part of Owner, the Contractor, or any other party, shall not use the surety of its obligations hereunder, and notice to surety of such matters is hereby waived.

No suit or action shall be commenced by a Claimant ler this Bond other than in a court of competent sdiction in the location in which the work or part of the rk is located or after the expiration of one year from the e (1) on which the Claimant gave the notice required by bparagraph 4.1 or Clause 4.2.3, or (2) on which the last or or service was performed by anyone or the last uterials or equipment were furnished by anyone under the onstruction Contract, whichever of (1) or (2) first occurs. If e provisions of this Paragraph are void or prohibited by w, the minimum period of limitation available to sureties as defense in the jurisdiction of the suit shall be applicable

2 Notice to the Surety, the Owner or the Contractor shall e mailed or delivered to the address shown on the signature age. Actual receipt of notice by Surety, the Owner or the 'ontractor, however accomplished, shall be sufficient rompliance as of the date received at the address shown on he signature page.

13 When this Bond has been furnished to comply with a statutory or other legal requirement in the location where the construction was to be performed, any provision in this Bond conflicting with said statutory or legal requirement shall be deemed deleted herefrom and provisions conforming to such statutory or other legal requirement shall be deemed incorporated herein. The intent is that this Bond shall be construed as a statutory bond and not as a common law bond.

14 Upon request by any person or entity appearing to be a potential beneficiary of this Bond, the Contractor shall promptly furnish a copy of this Bond or shall permit a copy to be made.

15 DEFINITIONS

15.1 Claimant: An individual or entity having a direct contract with the Contractor or with a subcontractor of the Contractor to furnish labor, materials or equipment

for use in the perfc  nce of the Conuacu. 
this Bond shall be  ud include without limitation in the terms "labor, materials  :quipment" that part of water, gas, power, light, heat, oil, gasoline, telephone service or rental equipment used in the Construction Contract, architectural and engineering services required for performance of the work of the Contractor and the Contractor's subcontractors, and all other items for which a mechanic's lien may be asserted in the jurisdiction where the labor, materials or equipment were furnished.

15.2 Construction Contract: The agreement between the Owner and the Contractor identified on the signature page, including all Contract Documents and changes thereto.

15.3 Owner Default: Failure of the Owner, which has neither been remedied nor waived, to pay the Contractor as required by the Construction Contract or to perform and complete or comply with the other terms thereof.

AIA DOCUMENT A312* PERFORMANCE BOND AND PAYMENT BOND • DECEMBER 1984 ED. • AIA ®• THE AMERICAN INSTITUTE OF RCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C., 20006-5292 • THIRD PRINTING • MARCH 1987. WARNING: Unlicensed .xotocopying violates U.S. copyright laws and is subject to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced without violation until the date of expiration as noted below.

Electronic Format A312-1984

User Document: A312.DOC -- 1/4/2000. AIA License Number 105821, which expires on 9/6/2000 -- Page #7

## DIFICATIONS TO THIS BOND ARE AS FOLLOWS:

ace is provided below for additional signatures of added parties, other than those appearing on the cover page.)

)NTRACTOR AS PRINCIPAL                                    SURETY
mpany:                          (Corporate Seal)         Company:                          (Corporate Seal)

gnature:_____                Signature:_____
ame and Title:              ...                          Name and Title:

'IA DOCUMENT A312· PERFORMANCE BOND AND PAYMENT BOND · DECEMBER 1984 ED. · AIA ©· THE AMERICAN INSTITUTE OF RCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C., 20006-5292 · THIRD PRINTING · MARCH 1987. WARNING: Unlicensed photocopying violates U.S. copyright laws and is subject to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced without violation until the date of expiration as noted below.

Electronic Format A312-1984
User Document: A312.DOC — 1/4/2000. AIA License Number 105821, which expires on 9/6/2000 — Page #8

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1202

Invoice Date:
Jun 16, 2003

Page:
1

Voice:      781-289-6100
Fax:        781-289-4429

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
WASHINGTONSTREET
ACADEMY HOMES
BOSTON

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 7/16/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | 06/16/03 TICKET 28232 | | |
| 8.00 | 0078 | TRI-AXLE #78 | 65.00 | 520.00 |

Check No:

| | |
|---|---|
| Subtotal | 520.00 |
| Sales Tax | |
| Total Invoice Amount | 520.00 |
| Payment Received | |
| **TOTAL** | 520.00 |

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

**Invoice Number:**

1204

**Invoice Date:**

Jun 5, 2003

**Page:**

1

Voice:    781-289-6100
Fax:      781-289-4429

**Sold To:**
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

**Ship to:**
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 7/5/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 0033 | 6-5-03 THROUGH 6-11-03 6/WHEELER, BARE RENTAL @ $1000 PER WEEK | 1,000.00 | 1,000.00 |

|  | Subtotal | 1,000.00 |
|---|---|---|
|  | Sales Tax |  |
| | Total Invoice Amount | 1,000.00 |
| Check No: | Payment Received | |
| | **TOTAL** | 1,000.00 |

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Voice:     781-289-6100
Fax:       781-289-4429

# Invoice

Invoice Number:

1205

Invoice Date:

Jun 12, 2003

Page:

1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA   02125

Ship to:
ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | Courier | | | | 7/12/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 0033 | 6-12-03 THROUGH 6-18-03 6/WHEELER, BARE RENTAL @ $1000 PER WEEK | 1,000.00 | 1,000.00 |

|  |  |
|---|---|
| Subtotal | 1,000.00 |
| Sales Tax | |
| Total Invoice Amount | 1,000.00 |
| Payment Received | |
| **TOTAL** | 1,000.00 |

Check No:

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

**Invoice**

Invoice Number:

1206

Invoice Date:

Jun 19, 2003

Page:

1

Voice:   781-289-6100
Fax:     781-289-4429

Sold To:
    ODF CONTRACTING CO
    P.O. BOX 380
    UPHAMS CORNER
    DORCHESTER, MA  02125

Ship to:
    ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | Courier | | | | 7/19/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 0033 | 6-19-03 THROUGH 6-25-03<br>6/WHEELER,  BARE RENTAL @ $1000<br>PER WEEK | 1,000.00 | 1,000.00 |

|  | Subtotal | 1,000.00 |
|---|---|---|
|  | Sales Tax |  |
|  | Total Invoice Amount | 1,000.00 |
| Check No: | Payment Received |  |
|  | **TOTAL** | 1,000.00 |

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

**Invoice**

Invoice Number:

1207

Invoice Date:

Jun 26, 2003

Page:

1

Voice:   781-289-6100
Fax:     781-289-4429

Sold To:
  ODF CONTRACTING CO
  P.O. BOX 380
  UPHAMS CORNER
  DORCHESTER, MA   02125

Ship to:
  ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | Courier | | | 7/26/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 0033 | 6-26-03 THROUGH 7-2-03<br>6/WHEELER, BARE RENTAL @ $1000<br>PER WEEK | 1,000.00 | 1,000.00 |

|  |  |
|---|---|
| Subtotal | 1,000.00 |
| Sales Tax | |
| Total Invoice Amount | 1,000.00 |
| Payment Received | |
| **TOTAL** | 1,000.00 |

Check No:

**Invoice**

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA   02151

Invoice Number:
1208

Invoice Date:
Jun 3, 2003

Page:
1

Voice:     781-289-6100
Fax:       781-289-4429

Sold To:
   ODF CONTRACTING CO
   P.O. BOX 380
   UPHAMS CORNER
   DORCHESTER, MA   02125

Ship to:
   ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 7/3/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 0033 | 7-3-03<br>6/WHEELER, BARE RENTAL @ $250 PER DAY | 250.00 | 250.00 |

Check No:

Subtotal    200.00
Sales Tax
Total Invoice Amount    200.00
Payment Received    200.00
**TOTAL**

3/3/04

MACHINE RECEIPT

# CARUSO CONSTRUCTION AND EQUIPMENT COMPANY, INC.

320 Charger Street • Revere, Massachusetts 02151
Telephone (781) 284-4260    Fax (781) 289-4429

DELIVERY DATE _6 - 5 - 03_

| RECEIVED FROM | SHIPPED TO |
|---|---|
| O. D. F. | Academy Home |

VIA _____    VIA _____

- ⊗ INBOUND
- ⊗ OUTBOUND
- ◯ TRANSFER
- ◯ NEW
- ◯ USED
- ◯ SALE
- ⊗ RENTAL
- ◯ LOAN
- ◯ DEMO
- ◯ SERVICE
- ◯ OTHER

W.O./I.D. # _____

MAKE _FORD._    MODEL _6 Whl Dump_  S/N _____    MI/HR _____

LIST ANY DAMAGE    INSPECTED BY _____
LIST ANY ATTACHMENTS

_____ Truck In Excellent Condition _____
_____ Customer Responsable For Tires. _____

_____ # 250 ⁰⁰ Per Day. _____
_____ # 1000 ⁰⁰ Per WK _____

**WARNING** - USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.

FUEL: - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SMI'S POSTED RATE PER GALLON.

INBOUND SIGNED _____    DATE _July 3  2003_

OUTBOUND SIGNED _____    DATE _June 5  2003_

**Invoice**

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1209

Invoice Date:
Jun 30, 2003

Page:
1

Voice:    781-289-6100
Fax:      781-289-4429

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA   02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 7/30/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-40 | 6-25-03 THROUGH 7-3-03 KOM PC220, BARE RENTAL @ $2,500 PER WEEK | 2,500.00 | 2,500.00 |

|  | Subtotal | 2,500.00 |
|---|---|---|
|  | Sales Tax | |
| Check No: | Total Invoice Amount | 2,500.00 |
|  | Payment Received | |
|  | **TOTAL** | 2,500.00 |

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

**Invoice Number:**
1211

**Invoice Date:**
Jul 8, 2003

**Page:**
1

Voice:     781-289-6100
Fax:       781-289-4429

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA   02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 8/7/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-40 | 7/3/03 THROUGH 7/10/03 KOM PC220/BUCKET, BARE RENTAL @ $2,500 PER WEEK | 2,500.00 | 2,500.00 |

| | | |
|---|---|---|
| | Subtotal | 2,500.00 |
| | Sales Tax | |
| | Total Invoice Amount | 2,500.00 |
| | Payment Received | |
| | **TOTAL** | 2,500.00 |

Check No:

MACHINE RECEIPT

# CARUSO CONSTRUCTION AND EQUIPMENT COMPANY, INC.

320 Charger Street • Revere, Massachusetts 02151
Telephone (781) 284-4260    Fax (781) 289-4429

DELIVERY DATE ____ 6/25/03

| RECEIVED FROM | SHIPPED TO |
|---|---|
| ODF | Academy Homes |

VIA _____     VIA _____

☑ INBOUND    ◯ NEW    ◯ SALE    ◯ LOAN    ◯ SERVICE
☑ OUTBOUND   ◯ USED   ◯ RENTAL  ◯ DEMO    ◯ OTHER
◯ TRANSFER

W.O./I.D. # _____

MAKE __Komatsu__   MODEL __PC220__   S/N _____   MI/HR _____

LIST ANY DAMAGE          INSPECTED BY ____ Dave
LIST ANY ATTACHMENTS

**WARNING** - USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.

FUEL: - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SM'S POSTED RATE PER GALLON.

INBOUND SIGNED _____     DATE 7/3/03

OUTBOUND SIGNED _____    DATE 6/25/03

# Invoice

*CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA   02151

Invoice Number:
1147

Invoice Date:
Sep 23, 2002

Voice:    781-289-6100
Fax:      781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA   02125

Ship to:
ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | · | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | Courier | | | 10/23/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-26 | 9-26-02 THROUGH 10-26-02 KOM PC300 HAMMER #4001, BARE RENTAL @ $10,000 PER MONTH | 10,000.00 | 10,000.00 |

| | | |
|---|---|---|
| | Subtotal | 10,000.00 |
| | Sales Tax | |
| Check No: | Total Invoice Amount | 10,000.00 |
| | Payment Received | |
| | **TOTAL** | 10,000.00 |

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Voice:    781-289-6100
Fax:      781-289-4429

# Invoice

Invoice Number:

1153

Invoice Date:

Oct 28, 2002

Page:

1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 11/27/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-26 | 10-28-02 THROUGH 11-28-02 KOM PC300 W/HAMMER #4001 E-26, BARE RENTAL @ $10,000 PER MONTH | 10,000.00 | 10,000.00 |

Check No:

| | |
|---|---|
| Subtotal | 10,000.00 |
| Sales Tax | |
| Total Invoice Amount | 10,000.00 |
| Payment Received | |
| **TOTAL** | 10,000.00 |

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

**Invoice Number:**
1165

**Invoice Date:**
Jan 8, 2003

**Page:**
1

Voice:   781-289-6100
Fax:     781-289-4429

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA   02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 2/7/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-26 | 12-29-02 THROUGH 1-29-03<br>KOM PC300 W/HAMMER #4001, BARE<br>RENTAL @ $ 10,000 PER MONTH | 10,000.00 | 10,000.00 |

| | | |
|---|---|---|
| | Subtotal | 10,000.00 |
| | Sales Tax | |
| Check No: | Total Invoice Amount | 10,000.00 |
| | Payment Received | |
| | **TOTAL** | 10,000.00 |

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

**Invoice**

Invoice Number:
1168

Invoice Date:
Jan 20, 2003

Page:
1

Voice:    781-289-6100
Fax:      781-289-4429

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | | Payment Terms | |
|---|---|---|---|---|
| ODF | | | Net 30 Days | |
| Sales Rep ID | Shipping Method | | Ship Date | Due Date |
| | Courier | | | 2/19/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-26 | 1-30-03 THROUGH 2-28-03 KOM PC300 W/HAMMER #4001, BARE RENTAL @ $10,000 PER MONTH | 10,000.00 | 10,000.00 |

|  | Subtotal | 10,000.00 |
|---|---|---|
|  | Sales Tax | |
| Check No: | Total Invoice Amount | 10,000.00 |
|  | Payment Received | |
|  | **TOTAL** | 10,000.00 |

McLaughlin Bros. Contracting Corp.

# Invoice

120 Clinton Street
Brockton, MA 02302
(508) 587-3409



| Date | Invoice # |
|------|-----------|
| 6/19/03 | 2006-19 |

| Bill To |
|---------|
| ODF Contracting Co.<br>PO Box 380<br>Uphams Corner<br>Dorchester, MA 02125 |

| Ship To |
|---------|
| ACADEMY HOMES |

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
| | | 4/30/2003 | |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | CAT 300 with 7500 LB Hammer - June 17, 2003 Thru July 17, 2003 | 20,000.00 | 20,000.00 |
| 1 | Sales Tax | 1,000.00 | 1,000.00 |



**Total** ~~$21,000.00~~

**Balance Due** $21,000.00

TOTAL P.01

McLaughlin Bros. Contracting Corp.

# Invoice

120 Clinton Street
Brockton, MA 02302
(508) 587-3409

| Date | Invoice # |
|------|-----------|
| 5/29/03 | 2004-19 |

| Bill To | Ship To |
|---------|---------|
| ODF Contracting Co.<br>PO Box 380<br>Uphams Corner<br>Dorchester, MA 02125 | ACADEMY HOMES |

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
| | | 4/30/2003 | |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | CAT 300 with 7500 LB Hammer - May 16, 2003 thru June 16, 2003 | 20,000.00 | 20,000.00 |
| 1 | Sales Tax | 1,000.00 | 1,000.00 |

| | |
|---|---|
| **Total** | $21,000.00 |
| **Balance Due** | $21,000.00 |

TOTAL P.01

McLaughlin Bros. Contracting Corp.

# Invoice

120 Clinton Street
Brockton, MA 02302
(508) 587-3409

| Date | Invoice # |
|------|-----------|
| 4/30/2003 | 2003-19 |

**Bill To**

ODF Contracting Co.
PO Box 380
Uphams Corner
Dorchester, MA 02125

**Ship To**

ACADEMY HOMES

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
|             | Net 30 | 4/30/2003 | |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | CAT 300 with 7500 LB Hammer - April 15, 2003 thru May 15, 2003 | 20,000.00 | 20,000.00 |
| 1 | Sales Tax | | 1,000.00 |

| | |
|---|---|
| **Total** | $21,000.00 |
| **Balance Due** | $21,000.00 |

TOTAL P.02

**MACHINE RECEIPT**

# CARUSO CONSTRUCTION AND EQUIPMENT COMPANY, INC.

320 Charger Street • Revere, Massachusetts 02151
Telephone (781) 284-4260    Fax (781) 289-4429

DELIVERY DATE  _9-26-03_

| RECEIVED FROM | SHIPPED TO |
|---|---|
| ODF | academy Homes. |

VIA _____    VIA _____

( ) INBOUND    ( ) NEW    ( ) SALE    ( ) LOAN    ( ) SERVICE
(X) OUTBOUND    ( ) USED    (X) RENTAL    ( ) DEMO    ( ) OTHER
( ) TRANSFER    E-26

MAKE _Komatsu_    MODEL _PC 300 /Hammer_    S/N _____    W.O./I.D. # _____    MI/HR _out 2494 Hrs_

LIST ANY DAMAGE
LIST ANY ATTACHMENTS                    INSPECTED BY _Ronnie W._

In    4024
out    2494
      1530 Hrs

**WARNING** - USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.

FUEL: - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SMI'S POSTED RATE PER GALLON.

INBOUND SIGNED _____    DATE _07-01-03._

OUTBOUND SIGNED _____    DATE _9-26-03_

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1192

Invoice Date:
May 6, 2003

Voice:   781-289-6100
Fax:     781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | Courier | | | 6/5/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-25 | 3-15-03 THROUGH 4-15-03 KOM PC 300, BARE RENTAL @ $9,000 PER MONTH | 9,000.00 | 9,000.00 |

Subtotal                 9,000.00
Sales Tax
Total Invoice Amount     9,000.00
Payment Received  Ck #1146

Check No:

TOTAL                    9,000.00

Pd       3,502.50

bal.     5497.50

**MACHINE RECEIPT**

# CARUSO COMPANIES

320 Charger Street • Revere, Massachusetts
Telephone (781) 284-4260   Fax (781) 289-4429

| CUSTOMER: | SHIP TO: |
|---|---|
| Name: ODF | Academy Homes |
| Address: | |

| Date of Order | Delivery Date 3-15-03 | Salesman | Caruso's Truck ☐ | Hired ☐ | Customer's Truck ☐ |
|---|---|---|---|---|---|

Stock# E-25   Model# PC-300 w/Bucket   Serial# _____

## EXCAVATOR - *C H E C K   L I S T*

| | OUT | IN | | OUT | IN | | OUT | IN |
|---|---|---|---|---|---|---|---|---|
| FLUIDS: ENGINE OIL, | ✓ | | SHEET METAL | ✓ | | CAB *Good* | | |
| HYDRAULIC OIL, COOLANT | ✓ | | BOOM | ✓ | | GLASS | ✓ | |
| HOSES | ✓ | | STICK | ✓ | | GUAGES | ✓ | |
| TRACKS | ✓ | | SWING BRAKE | ✓ | | HOUR METER | ✓ | |
| HYDRAULIC CYLINDERS | ✓ | | TRAVEL ALARM | ✓ | | LIGHTS | ✓ | |
| ATTACHMENT | ✓ | | | | | HORN | ✓ | |

### Mark Clearly all Damage by Symbol, "B" Bruise - "C" Cut - "H" Hole - "D"DENT

| Left | Right |
|---|---|



*Dent*

Hour Meter:   **Start** _____   **End** _____

Comments: Customer Responsable For Greesing Machine.

**W A R N I N G -** *USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.*

**DAMAGE -** CUSTOMER AGREES TO PROVIDE NORMAL MAINTENANCE OF EQUIPMENT AND TO ACCEPT LIABILITY FOR ANY AND ALL RE-PAIRS DUE TO DAMAGE OF EQUIPMENT OR TIRES.

**FUEL -** THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SMI'S POSTED RATE PER GALLON.
ALL EQUIPMENT SHALL BE RETURNED IN A CLEAN CONDITION OR PAY AN ADDITIONAL CHARGE FOR CLEANING.

INBOUND SIGNED _____   DATE 4-15-03

OUTBOUND SIGNED _____   DATE 3-15-03

**MACHINE RECEIPT**

# CARUSO CONSTRUCTION AND EQUIPMENT COMPANY, INC.

320 Charger Street • Revere, Massachusetts
Telephone (781) 284-4260   Fax (781) 289-4429

| CUSTOMER: | SHIP TO: |
|---|---|
| Name: ODF | Academy Homes. |
| Address: | |
| | |

Date of Order _____ Delivery Date **8-30-02** Salesman _____    Caruso's Truck ☐   Hired ☐   Customer's Truck ☐

Stock# **D-13**    Model# **Cat D-3**    Serial# _____

## DOZER - CHECK LIST

| | OUT | IN | | OUT | IN | | OUT | IN |
|---|---|---|---|---|---|---|---|---|
| FLUIDS: ENGINE OIL, | ✓ | ✓ | CONTROL - LOCKOUT | ✓ | ✓ | GUAGES | ✓ | α |
| HYDRAULIC OIL, COOLANT | ✓ | ✓ | SHEET METAL | ✓ | ✓ | HOUR METER | ✓ | ✓ |
| HOSES | ✓ | ✓ | TRAVEL ALARM | ✓ | ✓ | LIGHTS | ✓ | ✓ |
| TRACKS | ✓ | ✓ | R.O.P.S. | ✓ | ✓ | | | |
| HYDRAULIC CYLINDERS | ✓ | ✓ | CAB | N/A | N/A | | | |
| BLADE | ✓ | ✓ | GLASS | ✓ | | | | |

### Mark Clearly all Damage by Symbol, "B" Bruise - "C" Cut - "H" Hole - "D"DENT

Left          Good Condition          Right

Hour Meter:  Start **843**    End **1019**    **173 HrS**

Comments: _____

WARNING - *USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.*
DAMAGE - *CUSTOMER AGREES TO PROVIDE NORMAL MAINTENANCE OF EQUIPMENT AND TO ACCEPT LIABILITY FOR ANY AND ALL RE-PAIRS DUE TO DAMAGE OF EQUIPMENT OR TIRES.*
FUEL - *THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SMI'S POSTED RATE PER GALLON.*
*ALL EQUIPMENT SHALL BE RETURNED IN A CLEAN CONDITION OR PAY AN ADDITIONAL CHARGE FOR CLEANING.*

INBOUND SIGNED _____ DATE **8-30-02**

OUTBOUND SIGNED _____ DATE **8-30-02**

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1075

Invoice Date:
Jun 24, 2002

Voice:   781-289-6100
Fax:     781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | Courier | | | 7/24/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-50 | 7-1-02 THROUGH 8-1-02 | | |
| | | 450 HAMMER, BARE RENTAL @ $18,000 | 18,000.00 | 18,000.00 |
| | | PER MONTH | | |

Check No:   Multiple
Payments
Received

| | |
|---|---|
| Subtotal | 18,000.00 |
| Sales Tax | |
| Total Invoice Amount | 18,000.00 |
| Payment Received | 16,500.00 |
| **TOTAL** | 1,500.00 |

# MACHINE RECEIPT

## CARUSO COMPANIES

320 Charger Street • Revere, Massachusetts
Telephone (781) 284-4260   Fax (781) 289-4429

| CUSTOMER: | SHIP TO: |
|---|---|
| Name: *ODT* | *Academy Homes* |
| Address: | |

| Date of Order *7-1-02* | Delivery Date *7-1-02* | Salesman *Ernie* | Caruso's Truck ☐  Hired ☐  Customer's Truck ☐ |

Stock# *E 50*   Model# *PC 450/Hammer*   Serial#_____

## EXCAVATOR - *CHECK LIST*

| | OUT | IN | | OUT | IN | | OUT | IN |
|---|---|---|---|---|---|---|---|---|
| FLUIDS: ENGINE OIL, | ✓ | X | SHEET METAL | ✓ | X | CAB | ✓ | X |
| HYDRAULIC OIL, COOLANT | ✓ | X | BOOM | ✓ | X | GLASS | ✓ | X |
| HOSES | ✓ | X | STICK | ✓ | X | GUAGES | ✓ | X |
| TRACKS | ✓ | X | SWING BRAKE | ✓ | X | HOUR METER | ✓ | X |
| HYDRAULIC CYLINDERS | ✓ | X | TRAVEL ALARM | ✓ | X | LIGHTS | ✓ | X |
| ATTACHMENT | ✓ | X | | | | HORN | ✓ | X |

### Mark Clearly all Damage by Symbol, "B" Bruise - "C" Cut - "H" Hole - "D"DENT

| Left | Right |
|---|---|



Hour Meter:   Start *1607*   End *1749*   *142 Hrs*

Comments:_____

**W A R N I N G** - *USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.*
**DAMAGE** - CUSTOMER AGREES TO PROVIDE NORMAL MAINTENANCE OF EQUIPMENT AND TO ACCEPT LIABILITY FOR ANY AND ALL RE-PAIRS DUE TO DAMAGE OF EQUIPMENT OR TIRES.
**FUEL** - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SMI'S POSTED RATE PER GALLON.
ALL EQUIPMENT SHALL BE RETURNED IN A CLEAN CONDITION OR PAY AN ADDITIONAL CHARGE FOR CLEANING.

INBOUND SIGNED _____   DATE *08-01-02*

OUTBOUND SIGNED _____   DATE *07-01-02*

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1124

Invoice Date:
Aug 19, 2002

Page:
1

Voice:    781-289-6100
Fax:      781-289-4429

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 9/18/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-51 | 8-19-02 THROUGH 8-26-02 300 HAMMER, BARE RENTAL @ $3,750 PER WEEK | 3,750.00 | 3,750.00 |

Subtotal                3,750.00
Sales Tax
Total Invoice Amount    3,750.00
Payment Received          877.50
TOTAL                   2,872.50

Check No:   1122

Case 1:05-cv-10991-NG   Document 16-5   Filed 05/13/2005   Page 1 of 18

# CARUSO COMPANIES

320 Charger Street • Revere, Massachusetts
Telephone (781) 284-4260   Fax (781) 289-4429

| CUSTOMER: | SHIP TO: |
|---|---|
| Name: ODF | academey Nome |
| Address: | |

| Date of Order | Delivery Date 8-19-02 | Salesman | Caruso's Truck ☐ | Hired ☐ | Customer's Truck ☐ |
|---|---|---|---|---|---|

Stock# E51     Model# PC 300 W/Hammer     Serial#_____

## EXCAVATOR - CHECK LIST

| | OUT | IN | | | OUT | IN | | | OUT | IN |
|---|---|---|---|---|---|---|---|---|---|---|
| FLUIDS: ENGINE OIL, | ✓ | ( | SHEET METAL | | ✓ | ( | CAB | | ✓ | |
| HYDRAULIC OIL, COOLANT | ✓ | | BOOM | | ✓ | | GLASS | | ✓ | |
| HOSES | ✓ | | STICK | | ✓ | | GUAGES | | ✓ | |
| TRACKS | ✓ | | SWING BRAKE | | ✓ | | HOUR METER | | ✓ | |
| HYDRAULIC CYLINDERS | ✓ | | TRAVEL ALARM | | ✓ | | LIGHTS | | ✓ | |
| ATTACHMENT | ✓ | | | | | | HORN | | ✓ | |

### Mark Clearly all Damage by Symbol, "B" Bruise - "C" Cut - "H" Hole - "D"DENT

| Left | Right |
|---|---|

Hour Meter:   Start 9185     End 9225     40.4 Hrs

Comments:_____

_____

_____

WARNING - *USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.*
DAMAGE - CUSTOMER AGREES TO PROVIDE NORMAL MAINTENANCE OF EQUIPMENT AND TO ACCEPT LIABILITY FOR ANY AND ALL RE-PAIRS DUE TO DAMAGE OF EQUIPMENT OR TIRES.
FUEL - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SMJS POSTED RATE PER GALLON.
ALL EQUIPMENT SHALL BE RETURNED IN A CLEAN CONDITION OR PAY AN ADDITIONAL CHARGE FOR CLEANING.

INBOUND SIGNED_____ DATE 8-26-02

OUTBOUND SIGNED_____ DATE 8-19-02

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA   02151

Invoice Number:
1170

Invoice Date:
Feb 6, 2003

Voice:   781-289-6100
Fax:     781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA   02125

Ship to:
ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | Courier | | | | 3/8/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-59 | 1-28-03 THROUGH 2-28-03<br>HITACHI EX330 HAMMER, BARE RENTAL<br>@ $18,000 PER MONTH | 18,000.00 | 18,000.00 |

Check No:

|  |  |
|---|---|
| Subtotal | 18,000.00 |
| Sales Tax | |
| Total Invoice Amount | 18,000.00 |
| Payment Received | |
| **TOTAL** | 18,000.00 |

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA 02151

**Invoice Number:**

1131

**Invoice Date:**

Aug 29, 2002

**Page:**

1

Voice: 781-289-6100
Fax: 781-289-4429

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA 02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | | Payment Terms | |
|---|---|---|---|---|
| ODF | | | Net 30 Days | |
| Sales Rep ID | Shipping Method | | Ship Date | Due Date |
| | Courier | | | 9/28/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | D-13 | 8-30-02 THROUGH 9-30-02 CAT D3, BARE RENTAL @ $2,800 PER MONTH | 2,800.00 | 2,800.00 |

Check No:

| | |
|---|---|
| Subtotal | 2,800.00 |
| Sales Tax | |
| Total Invoice Amount | 2,800.00 |
| Payment Received | |
| **TOTAL** | 2,800.00 |

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA   02151

Invoice Number:
1137

Invoice Date:
Sep 12, 2002

Page:
1

Voice:   781-289-6100
Fax:     781-289-4429

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA   02125

Ship to:
ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | Courier | | | 10/12/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | REPAIR INVOICE FOR HAMMER WHILE ON RENTAL @ ODF, ACADEMY HOMES PROJECT | | |
| 1.00 | RE | . REPAIRS | 21,165.00 | 21,165.00 |
| | @ | | | |

|  |  |
|---|---|
| Subtotal | 21,165.00 |
| Sales Tax | |
| Total Invoice Amount | 21,165.00 |
| Payment Received | |
| **TOTAL** | 21,165.00 |

Check No:

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA   02151

**Invoice Number:**
1172

**Invoice Date:**
Feb 28, 2003

Voice:   781-289-6100
Fax:      781-289-4429

**Page:**
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA   02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 3/30/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-59 | 3-1-03 THROUGH 4-1-03 HITACHI EX330 HAMMER, BARE RENTAL @ $18,000 PER MONTH | 18,000.00 | 18,000.00 |

|  | |
|---|---|
| Subtotal | 18,000.00 |
| Sales Tax | |
| Total Invoice Amount | 18,000.00 |
| Payment Received | |
| **TOTAL** | 18,000.00 |

Check No:

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1187

Invoice Date:
Apr 30, 2003

Voice:    781-289-6100
Fax:      781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
REPAIR INVOICE
ACADEMY HOMES

| Customer ID | | Customer PO | Payment Terms | |
|---|---|---|---|---|
| ODF | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | Ship Date | Due Date |
| | Courier | | | 5/30/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | NEW POINT FOR CAT330 HAMMER ON | | 2,500.00 |
| | | RENTAL @ ACADEMY HOMES FROM | | |
| | | 1/28/03 THRU 4/15/03 | | |
| | | EQUIPMENT # E-42 | | |

| | |
|---|---|
| Subtotal | 2,500.00 |
| Sales Tax | |
| Total Invoice Amount | 2,500.00 |
| Payment Received | |
| **TOTAL** | 2,500.00 |

Check No:

Case 1:05-cv-10991-NG   Document 8-8   Filed 05/13/2005   Page 7 of 18

# MACHINE RECEIPT
# CARUSO COMPANIES

320 Charger Street • Revere, Massachusetts
Telephone (781) 284-4260   Fax (781) 289-4429

| **CUSTOMER:** | **SHIP TO:** |
|---|---|
| **Name:** ODF | Academy Home |
| **Address:** | |

| Date of Order | Delivery Date 1-28-03. | Salesman | Caruso's Truck ☑ | Hired ☐ | Customer's Truck ☐ |
|---|---|---|---|---|---|

**Stock#** E59     **Model#** Cat 330 / w / Hummer  **Serial#**

## EXCAVATOR - *C H E C K   L I S T*

| | OUT | IN | | OUT | IN | | | OUT | IN |
|---|---|---|---|---|---|---|---|---|---|
| FLUIDS: ENGINE OIL, | ✓ | ✓ | SHEET METAL | ✓ | ✗ | CAB | | ✓ | |
| HYDRAULIC OIL, COOLANT | ✓ | ✓ | BOOM | ✓ | | GLASS | | | ✗ |
| HOSES | ✓ | | STICK | ✓ | | GUAGES | | ✓ | |
| TRACKS | ✓ | | SWING BRAKE | ✓ | | HOUR METER | | ✓ | |
| HYDRAULIC CYLINDERS | ✓ | | TRAVEL ALARM | ✓ | | LIGHTS | | ✓ | |
| ATTACHMENT | ✓ | | | | | HORN | | ✓ | |

### Mark Clearly all Damage by Symbol, "B" Bruise - "C" Cut - "H" Hole - "D"DENT

Left                                                        Right



**Hour Meter:** *Start* 2629     *End* 2949   ( 320 Hrs )

Comments: _Damage To Machine Estimate For Repairs To Follow_

**W A R N I N G - *USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.***
**DAMAGE** - CUSTOMER AGREES TO PROVIDE NORMAL MAINTENANCE OF EQUIPMENT AND TO ACCEPT LIABILITY FOR ANY AND ALL RE-PAIRS DUE TO DAMAGE OF EQUIPMENT OR TIRES.
**FUEL** - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SMI'S POSTED RATE PER GALLON.
ALL EQUIPMENT SHALL BE RETURNED IN A CLEAN CONDITION OR PAY AN ADDITIONAL CHARGE FOR CLEANING.

**INBOUND SIGNED** _____  DATE 4-01-03

**OUTBOUND SIGNED** _____  DATE 1-28-03

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1176

Invoice Date:
Mar 21, 2003

Voice:    781-289-6100
Fax:      781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 4/20/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-42 | 2-28-03 THROUGH 3-28-03<br>CAT 330/HAMMER, BARE RENTAL @<br>$18,000 PER MONTH | 18,000.00 | 18,000.00 |

| | |
|---|---|
| Subtotal | 18,000.00 |
| Sales Tax | |
| Total Invoice Amount | 18,000.00 |
| Payment Received | 15,000.00 |
| **TOTAL** | 3,000.00 |

Check No:  1146

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1181

Invoice Date:
Apr 21, 2003

Voice:    781-289-6100
Fax:      781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 5/21/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-42 | 3-29-03 THROUGH 4-29-03 CAT 330/HAMMER, BARE RENTAL @ B$18,000 PER MONTH | 18,000.00 | 18,000.00 |

|  |  |
|---|---|
| Subtotal | 18,000.00 |
| Sales Tax | |
| Total Invoice Amount | 18,000.00 |
| Payment Received | |
| **TOTAL** | 18,000.00 |

Check No:

McLaughlin Bros. Contracting Corp.

# Invoice

120 Clinton Street
Brockton, MA 02302
(508) 587-3409

| Date | Invoice # |
|------|-----------|
| 5/30/031 | 2005-19 |

| Bill To |
|---------|
| ODF Contracting Co.<br>PO Box 380<br>Uphams Corner<br>Dorchester, MA 02125 |

| Ship To |
|---------|
| ACADEMY HOMES |

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
| | | 4/30/2003 | |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | Hitachi EX330 – May 19, 2003 Thru June 19, 2003 | 22,000.00 | 22,000.00 |
| 1 | Sales Tax | 1,100.00 | 1,100.00 |

| | |
|---|---|
| **Total** | $ 23,100.00 |
| **Balance Due** | $ 23,100.00 |

McLaughlin Bros. Contracting Corp.

# Invoice

120 Clinton Street
Brockton, MA 02302
(508) 587-3409

| Date | Invoice # |
|------|-----------|
| 6/19/03 | 2007-19 |

**Bill To**

ODF Contracting Co.
PO Box 380
Uphams Corner
Dorchester, MA  02125

**Ship To**

ACADEMY HOMES

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
|  |  | 4/30/2003 |  |

| Quantity | Description | Price Each | Amount |
|----------|-------------|-----------|--------|
| 1 | Hitachi EX330 – June 20, 2003 Thru July 20, 2003 | 22,000.00 | 22,000.00 |
| 1 | Sales Tax | 1,100.00 | 1,100.00 |

| | |
|---|---|
| **Total** | $23,100.00 |
| **Balance Due** | $23,100.00 |

TOTAL P.01

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1187

Invoice Date:
Apr 30, 2003

Page:
1

Voice:   781-289-6100
Fax:     781-289-4429

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
REPAIR INVOICE
ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | Courier | | | | 5/30/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | NEW POINT FOR CAT330 HAMMER ON | | 2,500.00 |
| | | RENTAL @ ACADEMY HOMES FROM | | |
| | | 1/28/03 THRU 4/15/03 | | |
| | | EQUIPMENT # E-42 | | |

| | |
|---|---|
| Subtotal | 2,500.00 |
| Sales Tax | |
| Total Invoice Amount | 2,500.00 |
| Payment Received | |
| **TOTAL** | 2,500.00 |

Check No:

Case 1:05-cv-10991-NG    Document 9    Filed 05/13/2005    Page 13 of 18

# CARUSO COMPANIES

320 Charger Street • Revere, Massachusetts
Telephone (781) 284-4260   Fax (781) 289-4429

| CUSTOMER: | SHIP TO: |
|---|---|
| **Name:** ODF. | Academy Home |
| **Address:** | |

| Date of Order | Delivery Date 2-28-03 | Salesman | Caruso's Truck ☐ | Hired ☐ | Customer's Truck ☐ |
|---|---|---|---|---|---|

**Stock#** E 42          **Model#** Hitachi 330 /Homm  **Serial#**

## EXCAVATOR - CHECK LIST

| | OUT | IN | | OUT | IN | | OUT | IN |
|---|---|---|---|---|---|---|---|---|
| FLUIDS: ENGINE OIL, | ✓ | | SHEET METAL Dumay | | ✗ | CAB | | |
| HYDRAULIC OIL, COOLANT | ✓ | | BOOM | | | GLASS | | |
| HOSES | ✓ | | STICK | | | GUAGES | | |
| TRACKS | ✓ | | SWING BRAKE | | | HOUR METER | | |
| HYDRAULIC CYLINDERS | ✓ | | TRAVEL ALARM | | | LIGHTS | | |
| ATTACHMENT | ✓ | | | | | HORN | | |

**Mark Clearly all Damage by Symbol, "B" Bruise - "C" Cut - "H" Hole - "D"DENT**

Left                                    Right

Return

B-          D          B.

**Hour Meter:**   Start _10840_      End _11521_      680 HRS.

Comments: _Estimate To Follow For Damages._

**W A R N I N G - USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.**
**DAMAGE** - CUSTOMER AGREES TO PROVIDE NORMAL MAINTENANCE OF EQUIPMENT AND TO ACCEPT LIABILITY FOR ANY AND ALL RE-PAIRS DUE TO DAMAGE OF EQUIPMENT OR TIRES.
**FUEL** - THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT SM'S POSTED RATE PER GALLON.
ALL EQUIPMENT SHALL BE RETURNED IN A CLEAN CONDITION OR PAY AN ADDITIONAL CHARGE FOR CLEANING.

**INBOUND SIGNED**                               DATE _7-01-03_

**OUTBOUND SIGNED**                             DATE _2-28-03_

# Invoice

**CIRCLE TRUCKING INC.**
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1143

Invoice Date:
Sep 23, 2002

Voice:  781-289-6100
Fax:    781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 10/23/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-21 | 8-27-02 THROUGH 9-3-02<br>PC 120, BARE RENTAL @ $1,200 PER WEEK | 1,200.00 | 1,200.00 |

Check No:

| | |
|---|---|
| Subtotal | 1,200.00 |
| Sales Tax | |
| Total Invoice Amount | 1,200.00 |
| Payment Received | |
| **TOTAL** | 1,200.00 |

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA    02151

Invoice Number:
1101

Invoice Date:
Jul 29, 2002

Voice:    781-289-6100
Fax:      781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA    02125

Ship to:
ACADEMY HOMES

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| ODF | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | Courier | | | | 8/28/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-21 | 7-18-02 THROUGH 8-18-02<br>PC 120, BARE RENTAL @ $1,200 PER<br>MONTH | 1,200.00 | 1,200.00 |

| | |
|---|---|
| Subtotal | 1,200.00 |
| Sales Tax | |
| Total Invoice Amount | 1,200.00 |
| Payment Received | |
| **TOTAL** | 1,200.00 |

Check No:

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Invoice Number:
1061

Invoice Date:
May 29, 2002

Voice:    781-289-6100
Fax:      781-289-4429

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA  02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 6/28/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-41 | 5-29-02 THROUGH 6-6-02 PC 120, BARE RENTAL @ $1,200 PER WEEK | 1,200.00 | 1,200.00 |

Check No:

| | |
|---|---|
| Subtotal | 1,200.00 |
| Sales Tax | |
| Total Invoice Amount | 1,200.00 |
| Payment Received | |
| **TOTAL** | 1,200.00 |

# CARUSO COMPANIES

320 Charger Street • Revere, Massachusetts
Telephone (781) 284-4260   Fax (781) 289-4429

| **CUSTOMER:** | **SHIP TO:** |
|---|---|
| **Name:** O.D.F. Contracting. | Academy Homes |
| **Address:** | |

| Date of Order | Delivery Date 5-29-02 | Salesman | Caruso's Truck ☐ | Hired ☐ | Customer's Truck ☐ |
|---|---|---|---|---|---|

**Stock#** E-21       **Model#** PC120       **Serial#**

## EXCAVATOR - *C H E C K   L I S T*

| | OUT | IN | | OUT | IN | | OUT | IN |
|---|---|---|---|---|---|---|---|---|
| FLUIDS: ENGINE OIL, | ✓ | ✓ | SHEET METAL | ✓ | X | CAB | ✓ | X |
| HYDRAULIC OIL, COOLANT | ✓ | ✓ | BOOM | ✓ | ✓ | GLASS | ✓ | ✓ |
| HOSES | ✓ | ✓ | STICK | ✓ | ✓ | GUAGES | ✓ | ✓ |
| TRACKS | ✓ | ✓ | SWING BRAKE | ✓ | ✓ | HOUR METER | ✓ | ✓ |
| HYDRAULIC CYLINDERS | ✓ | ✓ | TRAVEL ALARM | ✓ | ✓ | LIGHTS | ✓ | ✓ |
| ATTACHMENT  Bucket | ✓ | ✓ | | | | HORN | ✓ | ✓ |

**Mark Clearly all Damage by Symbol, "B" Bruise - "C" Cut - "H" Hole - "D"DENT**

Left                                         Right



**Hour Meter:  Start** 3903.   **End** 4419      516 Hrs

Comments:_____

_____

_____

**W A R N I N G - *USE OF THIS MACHINE REQUIRES A SKILLED OPERATOR. A LICENSE MAY BE MANDATORY. USER ACKNOWLEDGES THAT IMPROPER USE OR CARELESSNESS MAY BE HAZARDOUS AND RESULT IN SERIOUS INJURY. READ "OPERATORS MANUAL" BEFORE RUNNING MACHINE.***
**DAMAGE -** CUSTOMER AGREES TO PROVIDE NORMAL MAINTENANCE OF EQUIPMENT AND TO ACCEPT LIABILITY FOR ANY AND ALL RE-PAIRS DUE TO DAMAGE OF EQUIPMENT OR TIRES.
**FUEL -** THE MACHINE YOU ARE RECEIVING IS FULL OF FUEL AND SHOULD BE RETURNED FULL. IF NOT FILLED PRIOR TO RETURN, IT WILL BE FILLED AND CHARGED TO YOUR ACCOUNT AT STATES POSTED RATE PER GALLON.
ALL EQUIPMENT SHALL BE RETURNED IN A CLEAN CONDITION OR PAY AN ADDITIONAL CHARGE FOR CLEANING.

**INBOUND SIGNED** _____ **DATE** 9/3/02

**OUTBOUND SIGNED** _____ **DATE** 5/29/02

# Invoice

CIRCLE TRUCKING INC.
320 CHARGER STREET
REVERE, MA  02151

Voice:    781-289-6100
Fax:      781-289-4429

Invoice Number:
1161

Invoice Date:
Dec 4, 2002

Page:
1

Duplicate

Sold To:
ODF CONTRACTING CO
P.O. BOX 380
UPHAMS CORNER
DORCHESTER, MA   02125

Ship to:
ACADEMY HOMES

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ODF | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 1/3/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | E-26 | 11-28-02 THROUGH 12-28-02 KOM PC300 HAMMER #4001, BARE RENTAL @ $10,000 PER MONTH | 10,000.00 | 10,000.00 |

|  | |
|---|---|
| Subtotal | 10,000.00 |
| Sales Tax | |
| Total Invoice Amount | 10,000.00 |
| Payment Received | |
| **TOTAL** | 10,000.00 |

Check No:

F

# BERNKOPF, GOODMAN & BASEMAN LLP

COUNSELLORS AT LAW

125 SUMMER STREET

BOSTON, MASSACHUSETTS 02110-1621

TELEPHONE (617) 790-3000

TELECOPIER (617) 790-3300

July 23, 2003

Richard E. Briansky
DIRECT DIAL: (617) 790-3317
e-mail: rbriansky@bgblaw.com

## VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED

| Mr. Ted Fish<br>Peabody Construction Co., Inc.<br>536 Granite Street<br>Braintree, MA  02184-9107 | Travelers Casualty and Surety Company of America, Inc.<br>One Tower Square<br>Hartford, CT 06120 |
|---|---|
| Oliver D. Fernandez, Jr.<br>ODF Contracting, Inc.<br>60 Gerard Street<br>Boston, Massachusetts  02119 | |

RE:    Academy Homes II Project
1960 - 1964 Washington Street, Boston, MA

Dear Gentlemen:

I am writing on behalf of Caruso Construction, Inc. and Circle Trucking, Inc. (collectively "Claimants") who provided materials, equipment, appliances or transportation to ODF Contracting, Inc. on the above-referenced project. The Claimants hereby provide written notice pursuant to M.G.L. c. 149, §29 to Peabody Construction Inc. and ODF Contracting, Inc., the general contractors and principals on the bond that the Claimants furnished materials, equipment, appliances or transportation to ODF Contracting, Inc. and are currently owed $332,137.50.

Additionally, the Claimants request a copy of the bond for the above referenced Project.

Very truly yours,

*Richard Briansky*

Richard E. Briansky

REB:rkd
cc:    Ralph Caruso
#254289 v1/37672/1

## CONTRACT SURETY BOND
## AFFIDAVIT OF CLAIM

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

1. This claim is being made against: Peabody Construction / Travelers Cas. & Surety Co.
2. Claim Number _____ 3. Bond Number: 10 331 6488
4. Project: Academy Homes II
5. This Claim is being submitted on behalf of: (name and address of your company)
   Circle Trucking, Inc. 320 Charger Street Revere, MA 02151
6. This affidavit is executed by Ralph Caruso, who serves in the capacity of: (title) President
7. Type of material supplied or labor furnished Equipment Rental, Truck Rental
8. Date labor began or materials were first supplied: 5/2001
9. Date labor ended or materials were last supplied: (do not include warranty period) 7/3/03
10. Name of company your firm had a contract with if different from the bonded principal: ODF Contracting

### 11. CONTRACT ACCOUNTING

| | | |
|---|---|---|
| A. | Original Contract Amount | $ Open    $716,937.50 |
| B. | Approved Changes in Contract Amount | $ |
| C. | Total or Adjusted Contract Amount | $ |
| D. | Value of Work Performed or Material Stored | $ |
| E. | Percent of Retainage Withheld | % |
| F. | Total Payments Received to Date | $ 384,500.00 |
| G. | Net Claim | $ 332,437.50 |

12. Date of Notice of Commencement to Bonded Principal: _____
13. Date of Notice of Nonpayment to Bonded Principal: _____
14. Date of Notice of Nonpayment to Surety: _____
15. Names (and amounts due) of your subcontractors and suppliers which are owed money on this project
_____
_____

16. Have you assigned your rights regarding this claim to another entity? ____ If so, Who? ____
17. Other Pertinent Information: _____
_____

The undersigned hereby swears that the information provided is true and accurate to the best of his or her knowledge.

| | | | |
|---|---|---|---|
| Aug 1, 03 | | 8/6/03 | |
| Date | Signature | Date Subscribed and Sworn | Notary Public |

Note: The Surety's attention including but not limited to its furnishing of this Affidavit of Claim is without prejudice to the Surety or its Principal. All rights and defenses are expressly reserved and the conditions of the Bond are not waived. Please attach requested supporting documentation to this form.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                          SUPERIOR COURT
                                     CIVIL ACTION NO. 03-5217A

CIRCLE TRUCKING, INC.,              )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
O.D.F. CONTRACTING CO., INC.        )
and TRAVELERS CASUALTY AND          )
SURETY COMPANY OF AMERICA, INC.,)
                                    )
    Defendants.                     )

## AFFIDAVIT OF OLIVER D. FERNANDEZ

I, Oliver D. Fernandez, on oath, depose and state as follows:

1.    I am the president of ODF Contracting Co., Inc. ("ODF"). I am authorized to make and am making this affidavit on behalf of ODF. The facts contained in this affidavit are based on my personal knowledge, and the business records of ODF as kept in the ordinary course of business. To the extent that any facts contained in this Affidavit are based on information and belief, I believe them to be true.

2.    As president of ODF, I am familiar with ODF's dealings with Circle Trucking, Inc. ("Circle"). Circle is a vendor which provides rental equipment and services to ODF.

3.    In or around 2001, the Massachusetts Housing Financing Authority hired OHP, a joint venture company which consists of ODF, Hoon Construction and Peabody Construction, Co., Inc. to act as general contractor for the construction of the Academy Homes Project (the "Project") located at 1900-1964 Washington Street, Boston (Roxbury), Massachusetts (the "Property").

4.    OHP obtained a payment bond from Travelers Casualty and Surety Company of America, Inc. ("Travelers"). The terms of the bond provide for payment of subcontractors and suppliers, such as Circle.

5.    In conjunction with the Project, ODF entered into a contract with OHP to perform *inter alia* site work on the Project.

6.    In or around November 2001, ODF entered into a contractual relationship (the "Contract") with Circle Trucking, Inc. ("Circle") by which Circle agreed to provide equipment and services to ODF and ODF agreed to pay for the equipment and services provided.

7.    Pursuant to the Contract, Circle provided equipment and services to ODF. The equipment and services provided by Circle were used in conjunction with the work ODF performed on the Project. Copies of Circle's invoices attached hereto reflect the equipment and services provided to ODF by Circle as Exhibit A.

Signed under the pains and penalties of perjury this 8th day of _March_____, 2004.

Oliver D. Fernandez Jr. ᴏᴠᴇʀ3/4/04
President of ODF Contracting, Inc.

#284314 v1/37672/5

2

September 11, 2003

**This memo is to confirm the terms by which the following Circle Trucking Co. liabilities, of ODF Contracting, have been agreed to for payment by Peabody Construction Co., Inc.:**

<u>**Academy Homes II:**</u>
The Circle Trucking Statement, dated 7/11/03, attached, stating Academy Homes' balance as $274,437.50, and

the Peabody Construction Co., Inc. reconciliation as of August 8, 2003, attached, in the amount of $168,385.00,

are hereby settled in the amount of **$180,000.** A payment schedule is to be worked out between Ted Fish and Ralph Caruso for this amount.

Any and all future Circle Trucking Company invoices not listed on the 7/11/03 Circle Statement are not included in this agreement.

<u>**Brunswick Gardens Middle School:**</u>
The Circle Trucking Statement, dated 9/2/03, attached, stating Brunswick's balance as $127,625.50,

the Peabody Construction Co., Inc. markups to Circles' 9/2/03 statement, as attached, in the amount of $53,365.20,

are hereby settled in the amount of **$60,000,** with a commitment from Peabody to pursue change order income from the City of Boston, on behalf of ODF, in excess of $50,000, of which once and if approved and paid by the City, the first $43,000 received will be paid to Circle in addition to the aforementioned $60,000, for a total not top exceed of $103,000.

The $60,000 will be pad to Circle Trucking in 3 monthly payments starting on 9/15/03.

<u>**The Cameo Judgment:**</u>
Based on the aforementioned agreements, Circle Trucking agrees to accept the payment terms, as previously negotiated by Ed Vena and Frank Shannon, for payment of the actual judgment amount against Peabody by Circle trucking (approximate amount of $167,000 to $170,000), will be paid in monthly payments of $20,000 per month starting on a date to be agreed upon by Ted Fish and Ralph Caruso.

7/15/03

For Peabody Construction Co., Inc.:

_9-11-03_

Stephen Cirbee, Vice President

For Circle Trucking Co.:

Ralph Caruso, President

**3**

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO.: 03-5217A

_____
CIRCLE TRUCKING, INC.          )
     Plaintiffs,              )
                               )
v.                             )
                               )
ODF CONTRACTING CO., INC. and  )
TRAVELERS CASUALTY AND SURETY)
COMPANY OF AMERICA, INC.       )
     Defendants,              )
_____)

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
### ANSWER TO COMPLAINT

Defendant, Travelers Casualty and Surety Company of America ("Travelers"),

hereby answers the Complaint as follows:

1.    Travelers has no knowledge.

2.    Travelers has no knowledge.

3.    Travelers admits but denies "Inc." is part of its name.

4.    Travelers neither admits nor denies as this allegation is a conclusion of law not

requiring an answer.

5.    Travelers admits a bond was issued for the benefit of contractors,

subcontractors, and equipment and material suppliers who perform work on the Project,

but denies it issued the bond with Peabody Construction Co., Inc. and denies that

Peabody Construction Co., Inc. was the general contractor.

6.    Travelers denies.

7.    Travelers has no knowledge.

8.      Travelers has no knowledge.

9.      Travelers has no knowledge.

10.     Travelers has no knowledge.

11.     Travelers admits.

12.     Travelers admits, further answering it has no obligation to make any payments to the Plaintiff.

## COUNT I

13 – 18.      The allegations contained in these paragraphs do not pertain to Travelers and, therefore, Travelers does not answer.  To the extent they do pertain to Travelers, Travelers denies.

## COUNT II

19 – 24.      The allegations contained in these paragraphs do not pertain to Travelers and, therefore, Travelers does not answer.  To the extent they do pertain to Travelers, Travelers denies.

## COUNT III

25. – 29.      The allegations contained in these paragraphs do not pertain to Travelers and, therefore, Travelers does not answer.  To the extent they do pertain to Travelers, Travelers denies.

## COUNT IV

30.     Travelers realleges and incorporates by reference its answers to the allegations contained paragraphs 1 through 29 of the Complaint as if fully set forth herein.

31.     Travelers admits issuing the statutory payment bond, further answering the document speaks for itself.

2

32.    Travelers admits.

33.    Travelers denies.

34.    Travelers denies.

## COUNT V

35. – 37.    The allegations contained in these paragraphs do not pertain to Travelers

and, therefore, Travelers does not answer.  To the extent they do pertain to Travelers,

Travelers denies.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff by its acts and conduct has waived any right to recovery.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff by its acts and conduct is estopped from any right to recovery.


Respectfully submitted,
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA
By its attorneys,


Edward F. Vena, BBO# 508660
VENA, RILEY, DEPTULA, LLP
250 Summer Street
Boston, MA  02210
(617) 951-2400

Dated: December 15, 2003

## CERTIFICATE OF SERVICE

I, Edward F. Vena, Esq., do hereby certify that on the 15th day of December 2003, I mailed a true copy of this document, first-class mail, postage pre-paid, to the following parties:

Richard E. Brianski, Esq.
Bernkopf, Goodman & Baseman LLP
125 Summer Street, 13th Floor
Boston, MA 02110

Edward F. Vena



**COMMONWEALTH OF MASSACHUSETTS**

**SUFFOLK, ss.**

**SUPERIOR COURT
CIVIL ACTION
No. 03-5217**

**CIRCLE TRUCKING, INC.**

<u>vs.</u>

**ODF CONTRACTING CO., INC. and other[1]**

Notice sent
4/05/2005

D. B.
E. F. V.
C. A. P.
V. R. & D.

<u>**MEMORANDUM OF DECISION AND ORDER ON
DEFENDANT'S MOTION TO DISMISS**</u>

(sc)

This action arises out of a dispute over payment for rental equipment, vehicles, tools and other appliances supplied by the plaintiff, Circle Trucking, Inc. ("Circle") for the use of the defendant, ODF Contracting Co., Inc. ("ODF") in constructing Academy Homes ("the Project"). The Project was covered by a Labor and Material Bond ("bond") issued by Traveler's Casualty and Surety Company of America ("Traveler's"). The complaint alleges breach of contract (Count I), unjust enrichment (Count II), violation of G. L. c. 93A (Count III), violation of G. L. c. 149, § 29 (Count IV) and account annex (Count V).

Traveler's has moved to dismiss the action for lack of subject matter jurisdiction. For the following reasons, Counts I and IV are **DISMISSED** without prejudice for lack of subject matter jurisdiction; the Motion to Dismiss is **DENIED** as to the remaining counts.

<u>BACKGROUND</u>

Traveler's Casualty and Surety Company of America issued a Labor and Material Bon to a joint venture company OHP, which was made up of ODF, Hoon Construction and Peabo Construction Co, Inc. OHP acted as a general contractor on the Project, and the bond was fc

---

[1] Traveler's Casualty and Surety Company of America

benefit of the contractors, subcontractors, and equipment and material suppliers who worked on the Project.

In November, 2001, OHP subcontracted the construction of the Project to ODF. ODF, in turn, contracted with Circle to provide equipment and services for ODF to complete the Project. Circle provided equipment and services for the Project as promised. ODF, however, did not pay Circle for the goods and services rendered. On July 23, 2003, Circle sent a demand letter to ODF pursuant to G. L. c.93A. ODF has declared bankruptcy, and Traveler's, the company that issued the performance and payment bonds, has not paid Circle.

## DISCUSSION

Traveler's argues that the Project falls under the Miller Act, 40 U.S.C. §§ 3131 *et seq.*. The Miller Act requires that both performance and payment bonds be posted "before any contract of more than $100,000 is awarded for the construction, alteration, or repair of any public building . . . of the Federal Government." 40 U.S.C. § 3131(b). Any action brought to recover payment under a bond for labor or materials on a project that falls under the Miller Act must be brought "in the United States District Court for any district in which the contract was to be performed and executed." 40 U.S.C. § 3133(b)(3).

This court has already found that the project in question is a public building of the federal government, and that the bonds posted for it, which were issued by Traveler's, are therefore governed by the Miller Act. Waltham Lime & Cement Co. v. Peabody Construction Co., Inc. et. al., Civil No. 03-1407C (Middlesex Super. Ct. January 10, 2005) (Lauriat, J.). While Circle argues, correctly, that federal funding alone does not determine whether a building is a public work, there is another factor to consider. Lauriat, J. found that the U.S. Department of Housing and Urban Development ("HUD") had an ownership role in this Project. Although the question

2

is a close one, this court must agree with Lauriat, J. that this Project is a public building and that exclusive jurisdiction over the counts seeking to enforce payment of the bond lies in the federal district court.[2] Counts I and IV must be dismissed as this court lacks subject matter jurisdiction. R. Civ. P. 12(h)(1).

The remaining claims, including Counts II, III and V assert claims under Massachusetts statute and common law, rather than under the terms of the payment bond. Accordingly, this court has subject matter jurisdiction and the Motion to Dismiss is denied as to Counts II, III and V

### ORDER

For the forgoing reasons, Counts I and IV are **DISMISSED** without prejudice to refiling in federal court. The Motion to Dismiss is **DENIED** as to the remaining counts.

Elizabeth M. Fahey
Justice of the Superior Court

Dated: April __1__, 2005

---

[2] The court notes that the defendant failed to raise the question of jurisdiction for the first thirteen months since the filing of this suit or at any time during the parties' negotiations. In fact, the defendant did not raise the issue until the one-year limitation on a Miller Act claim had run. When asked directly by this court whether the defendant would raise the one year time limit as a defense in federal court, the defendant's counsel declined to answer this question. Whether the defendant's delay in raising the issue of jurisdiction, was in good or bad faith such that the defendant may have waived any objection based on the one-year limitations period in the Miller Act, is a question for a later date. However, this court adopts the conclusion of Lauriat, J. that this defendant waived the statutory one year required filing. See Waltham Lime & Cement Co. v. Peabody Construction Co., Inc. et. al., Civil No. 03-1407C, N. 5 (Middlesex Super. Ct. January 10, 2005) (Lauriat, J.); see also 40 U.S.C. § 3133(b)(4).

3