UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIRCLE TRUCKING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAVELERS CASUALTY AND )<br>SURETY COMPANY OF AMERICA, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 05-10991-NG |

**PLAINTIFF, CIRCLE TRUCKING, INC.'S AUTOMATIC DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a) AND LOCAL RULE 26.2(A)**

Pursuant to Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2(A), Circle Trucking, Inc. ("Circle") makes the following automatic disclosure:

**A. Persons Likely To Have Discoverable Information**

The following persons are likely to have discoverable information that Circle may use to support its claims:

1. Ralph Caruso
   President
   Circle
   320 Charger Street
   Revere, Massachusetts

Ralph Caruso is president of Circle. Ralph Caruso has knowledge concerning negotiations between Circle, Peabody and Travelers before the filing of litigation, communications between and among Circle, Peabody and Travelers regarding Circle's claims, representations made by Peabody to Circle regarding the amounts due and owing to Circle for

the supply of rental equipment in conjunction with the construction of Academy Homes II located in Roxbury, Massachusetts (the "Project"), the terms and conditions upon which Circle rented equipment to ODF Contracting Co., Inc. ("ODF"), the amount due and owing from ODF to Circle for the rental equipment provided, and the damages sustained by Circle.

    2.      Oliver D. Fernandes
           President of ODF
           Address currently unknown

Oliver D. Fernandez is the former president of ODF. Circle believes that Oliver D. Fernandez has knowledge concerning the terms and conditions upon which Circle rented equipment to ODF for the Project and the amount due and owing from ODF to Circle for the rental equipment provided.

    3.      Laurie Larson
           Travelers Casualty and Surety Company
           Hartford, Connecticut

Laurie Larson is an employee of Travelers Casualty and Surety Company ("Travelers"). Circle believes that Laurie Larson has knowledge concerning communications between Circle, Peabody and Travelers regarding Circle's claims, the representations made by Peabody regarding the amounts due and owing to Circle, the handling of Circle's claim by Travelers, the investigation, if any conducted by Travelers into Circle's claims and the terms and conditions of the bond issued by Travelers for the Project.

    4.      Stephen Cirbee
           Former Vice President
           Peabody Construction Co., Inc.
           538 Granite Avenue
           Braintree, Massachusetts
           Current address unknown

Stephen Cirbee is the former Vice President of Peabody Construction Co., Inc. ("Peabody"). Circle believes that Stephen Cirbee has knowledge concerning Peabody's accounting of the amount due and owing to Circle on the Project, representations made by Peabody to Circle regarding amounts due and owing to Circle, and communications between and among Circle, Travelers and Peabody regarding Circle's claims.

5. Ted Fish
   President
   Peabody Construction Co., Inc.
   538 Granite Avenue
   Braintree, Massachusetts

Ted Fish is the president of Peabody. Circle believes that Ted Fish has knowledge concerning Peabody's accounting of the amount due and owing to Circle on the Project, representations made by Peabody to Circle regarding Circle's claims, and communications between and among Circle, Travelers and Peabody regarding Circle claims.

6. David Calhoun
   Former Vice President of Purchasing
   Peabody Construction Co., Inc.
   538 Granite Avenue
   Braintree, Massachusetts
   Current address unknown

David Calhoun is on information and belief the former Vice President of Purchasing for Peabody. Circle believes that David Calhoun has knowledge concerning Peabody's accounting of the amount due and owing to Circle on the Project, representations made by Peabody to Circle regarding Circle's claims and communications between and among Circle, Travelers and Peabody.

3

### B. Documents That Circle May Use To Support Its Claims

Circle may use the following categories of documents to support its claims:

(1) Documents concerning equipment and materials provided to the Project. These documents include invoices from Circle to ODF for equipment used and employed in the Project, a notification letter from Circle to among others, Travelers and Peabody and the Affidavit of Oliver Dan Fernandez. Copies of such documents in Circle's possession, custody or control are attached hereto as Exhibit "A".

(2) Documents concerning the Peabody's accounting of Circle's claim. These documents include a letter dated June 5, 2003 from Peabody to Circle, a letter dated August 18, 2003 from Peabody to Circle, a letter dated August 19, 2004 from Circle to Peabody, a memorandum dated September 8, 2003 from Steve Cirbee to among others Bob White, and memorandum dated September 11, 2003 executed by Peabody and Circle. Copies of these documents are attached hereto as Exhibit "B".

(3) Documents related to *Circle Trucking v. ODF Contracting, Co., Inc. et al*, pending in Massachusetts Superior Court, Suffolk County, including, without limitation Travelers answer to Circle's Complaint and decision on Travelers' Cross Motion to Dismiss. Copies of these documents are attached hereto as Exhibit "C".

### C. Computation Of Damages

Plaintiff claims $210,617.50 plus its interest, costs and attorney's fees. Circle has previously produced its invoices which support its claim for damages.

### D. Insurance

Not applicable.

4

The delineated disclosures are based upon information possessed by Circle as of May 17, 2005. Circle reserves the right to supplement this disclosure with any additional information that may be obtained during the discovery process or which otherwise may become available.

        CIRCLE TRUCKING, INC.
        By its Attorneys,

        ___s/s Richard Briansky___
        Christopher Weld, Jr. (BBO #522230)
        Richard E. Briansky, Esq. (BBO# 632709)
        Todd & Weld LLP
        28 State Street, 31st floor
        Boston, Massachusetts 02109
        Phone: (617) 720-2626
        Fax:   (617) 227-5777

Dated: