# UNITED STATES DISTRICT COURT

District of Massachusetts

Circle Trucking, Inc.

V.

Travelers Casualty and Surety Company of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 CV 10991 NG**

TO: (Name and address of Defendant)  Travelers Casualty and Surety Company of America
300 Crown Colony Drive
Quincy, MA 02169

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Briansky
Todd & Weld
28 State Street, 31st Floor
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 13 2005

CLERK

(By) DEPUTY CLERK

DATE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CIRCLE TRUCKING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAVELERS CASUALTY AND )<br>SURETY COMPANY OF AMERICA, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.: 05-109991NG |

### AFFIDAVIT OF PROOF OF SERVICE

I, Richard Briansky, under oath, depose and state as follows:

1. I am an attorney with the law firm of Todd & Weld LLP. I make this affidavit pursuant to Rule 4 of the Federal Rules of Civil Procedure based on personal knowledge of the facts stated herein.

2. On May 25, 2005, I caused a Complaint, Summons and Civil Action Coversheet in the above-captioned action to be served by Certified Mail, Return Receipt Requested, upon Travelers Casualty and Surety Company of America, One Tower Square, Hartford, CT 06183. A copy of my letter is attached hereto. Service was effected upon Travelers Casualty and Surety Company of America pursuant to Rule 4 of the Federal Rules of Civil Procedure and Mass. Gen. L. c. 223, §1, et seq.

3. On May 31, 2005, I received the Certified Mail Return Receipt indicating that Arch Insurance Company received the letter and enclosures on May 28, 2005. The return receipt is attached to the original Summons which is attached hereto and is incorporated by reference herein.

SIGNED UNDER THE PENALTIES OF PERJURY THIS ____ DAY OF JUNE, 2005.

_____
Richard Briansky, Esquire