UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIRCLE TRUCKING, INC.<br><br>    Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br><br>    Defendant. | CIVIL ACTION NO. 05-10991 NG |

## NOTICE OF APPEARANCE

*TO THE CLERK OF THE ABOVE-NAMED COURT:*

Please enter the appearance of Bradford R. Carver as counsel for Travelers Casualty and Surety Company of America in the above-entitled action.

    Respectfully Submitted,
    **TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA**
    By its attorneys,

    /s/ Bradford R. Carver
    _____
    Bradford R. Carver, BBO #565396
    Cetrulo & Capone LLP
    Two Seaport Lane, 10th Floor
    Boston, MA 02110
    (617) 217-5500

Date: June 21, 2005