# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIRCLE TRUCKING, INC.

        Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

        Defendant.

CIVIL ACTION NO. 05-10991 NG

## NOTICE OF APPEARANCE

*TO THE CLERK OF THE ABOVE-NAMED COURT:*

Please enter the appearance of Jonathan C. Burwood as counsel for Travelers

Casualty and Surety Company of America in the above-entitled action.

    Respectfully Submitted,
**TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA**
By its attorneys,

/s/ Jonathan C. Burwood
_____
Bradford R. Carver, BBO #565396
Jonathan C. Burwood, BBO #643674
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110
(617) 217-5500

Date: June 21, 2005