UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIRCLE TRUCKING, INC.<br><br>        Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br><br>        Defendant. | CIVIL ACTION NO. 05-10991 NG |

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S ASSENTED-TO MOTION REQUESTING EXTENSION OF TIME TO RESPOND TO COMPLAINT OF CIRCLE TRUCKING, INC.**

Defendant Travelers Casualty and Surety Company of America ("Travelers") hereby moves this Court for an extension of time, through and including July 12, 2005, to file its response to the Complaint of Circle Trucking, Inc. in the above-captioned proceeding. In support of this motion, Travelers respectfully asserts that the parties are engaging in settlement negotiations which, if successful, will obviate the necessity of this litigation. For this reason, Travelers requests a brief extension to respond to Plaintiff's complaint to allow the parties sufficient time to fully explore the prospect of settlement.

Counsel for Circle Trucking, Inc. assents to the relief requested herein.

WHEREFORE, Travelers respectfully request that this Honorable Court:

A.    Grant Travelers an extension of time, through and including July 12, 2005, to file its response to the Complaint of Circle Trucking, Inc.; and

    B.    Grant such other and further relief as justice may require.

Respectfully Submitted,
TRAVELERS CASUALTY & SURETY
**COMPANY OF AMERICA**
By its attorneys,

/s/ Jonathan C. Burwood

_____

Bradford R. Carver, BBO #565396
Jonathan C. Burwood, BBO #643674
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110
(617) 217-5500

Assented to by:
CIRCLE TRUCKING, INC.
By its attorneys,

/s/ Richard E. Briansky

_____

Christopher Weld, Jr., Esq. (BBO #522230)
Richard E. Briansky, Esq. (BBO #632709)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
Phone: (617) 720-2626
Fax: (617) 227-5777

Date:  June 21, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIRCLE TRUCKING, INC.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br><br>Defendant. | CIVIL ACTION NO. 05-10991 NG |

**ORDER ON ASSENTED-TO MOTION REQUESTING EXTENSION OF TIME TO RESPOND TO COMPLAINT OF CIRCLE TRUCKING, INC.**

Upon Travelers Casualty and Surety Company of America's Assented-to Motion Requesting Extension of Time to File Response to the Complaint of Plaintiff Circle Trucking, Inc. (the "Motion") for good and sufficient cause, it is hereby ORDERED, ADJUDGED and DECREED that:

A.   The Motion is granted; and

B.   Movants shall respond to the Complaint on or before July 12, 2005.


Dated: _____        _____
                                Nancy Gertner, Judge
                                United States District Court
                                for the District of Massachusetts