UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIRCLE TRUCKING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-10991-NG |
| ) | |
| TRAVELERS CASUALTY AND ) | |
| SURETY COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DISMISSAL

Circle Trucking, Inc., pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1), hereby dismiss this action without costs, with each party to bear their attorneys' fees, and waiving any and all rights to appeal.

                                              CIRCLE TRUCKING, INC.
                                              By its Attorneys,

                                              ___s/s Richard Briansky_____
                                              Christopher Weld, Jr. (BBO #522230)
                                              Richard E. Briansky, Esq. (BBO# 632709)
                                              Todd & Weld LLP
                                              28 State Street, 31st floor
                                              Boston, Massachusetts 02109
                                              Phone: (617) 720-2626
                                              Fax:   (617) 227-5777

Dated: September 29, 2005